B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Duncan, William B** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Duncan, Francine** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4705** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0522** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2907 Sun Valley Ct**<br>**Plainfield, IL**<br>ZIP Code **60586** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2907 Sun Valley Ct**<br>**Plainfield, IL**<br>ZIP Code **60586** |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business:<br>**Will** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Duncan, William B**<br>**Duncan, Francine** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                              Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | **Duncan, William B**<br>**Duncan, Francine** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ William B Duncan**

Signature of Debtor  **William B Duncan**

X  **/s/ Francine Duncan**

Signature of Joint Debtor **Francine Duncan**

Telephone Number (If not represented by attorney)

**February 12, 2010**

Date

### Signature of Attorney*

X  **/s/ David R. Brown**

Signature of Attorney for Debtor(s)

**David R. Brown 3122323**

Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**

Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**

Telephone Number

**February 12, 2010**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **William B Duncan**
**Francine Duncan**

Debtor(s)

Case No.

Chapter  **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                           Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable
statement.] [Must be accompanied by a motion for determination by the court.]*
     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or
mental deficiency so as to be incapable of realizing and making rational decisions with respect to
financial responsibilities.);
     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being
unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or
through the Internet.);
     ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling
requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ William B Duncan**

                          **William B Duncan**

Date:    **February 12, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **William B Duncan**
     **Francine Duncan**                                   Case No. _____

                                    Debtor(s)     Chapter     **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

&#9744; 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable
statement.] [Must be accompanied by a motion for determination by the court.]*
&#9744; Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or
mental deficiency so as to be incapable of realizing and making rational decisions with respect to
financial responsibilities.);
&#9744; Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being
unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or
through the Internet.);
&#9744; Active military duty in a military combat zone.

&#9744; 5. The United States trustee or bankruptcy administrator has determined that the credit counseling
requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Francine Duncan**
_____
**Francine Duncan**

Date:  **February 12, 2010**
_____

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **William B Duncan,**
      **Francine Duncan**

Case No. _____

                                    ,

Debtors

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 180,000.00 | | |
| B - Personal Property | Yes | 4 | 53,894.36 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 227,933.36 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 54 | | 2,132,971.41 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,538.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,672.00 |
| Total Number of Sheets of ALL Schedules | | 72 | | | |
| Total Assets | | | 233,894.36 | | |
| Total Liabilities | | | | 2,360,904.77 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **William B Duncan,**                                          Case No. _____

            **Francine Duncan**

                                       Debtors          Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

.

In re    **William B Duncan,**                                          Case No. _____
          **Francine Duncan**

_____ ,
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2907 Sun Valley Ct, Plainfield, IL 60586-6654** | **Fee simple** | **J** | **180,000.00** | **205,568.76** |

|  |  |  | Sub-Total > | **180,000.00** | (Total of this page) |
|---|---|---|---|---|---|
|  |  |  | Total > | **180,000.00** | |

__**0**__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **William B Duncan,**
        **Francine Duncan**

Case No. _____

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | J | 380.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Checking acct no. 745479832 906 W Jefferson St Shorewood, IL 60404** | J | 322.93 |
| | | **Chase Savings acct no. 2734426915 906 W Jefferson St Shorewood, IL 60404** | J | 241.08 |
| | | **Integra Bank Checking acct no. 7810164892 12251 S. Rt. 59 Plainfield, IL 60585** | J | 300.00 |
| | | **Integra Bank Savings acct no. 3041557 12251 S. Rt. 59 Plainfield, IL 60585** | J | 963.48 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods** | J | 4,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Collectibles (little cars collection - value suspect)** | H | 1,000.00 |
| 6. Wearing apparel. | | **Wearing Apparel** | J | 2,200.00 |
| 7. Furs and jewelry. | | **Jewelry (mostly wedding ring).** | W | 5,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Hobby Equipment - Bronica wide format camera and related equipment used by Husband on freelance photography jobs.** | H | 2,000.00 |

Sub-Total >   **16,407.49**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037       Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **William B Duncan,**
        **Francine Duncan**

                            Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **American Family Insurance/Life Policy acct no 16495175 - beneficiary is spouse.** | **W** | **3,568.92** |
| | | **American Family Insurance/Life Policy no. 16495166** | **H** | **4,918.88** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Edward Jones acct no. 533-96138-1-1 c/o Mark D Blidy 2730 Caton Farm Road Joliet, IL 60435** | **H** | **12,574.07** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Sun Valley Springs, Inc.** | **J** | **0.00** |
| | | **Great Glacier South, Inc.** | **J** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Debtors anticipate small tax refund but have not completed returns yet.** | **J** | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >     **21,061.87**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **William B Duncan,**
      **Francine Duncan,**

Case No. _____

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Toyota Corolla** | J | 3,975.00 |
| | | **2001 Ford Windstar** | J | 1,400.00 |
| | | **2004 Chevy Cargo 350** | J | 3,450.00 |
| | | **2005 Ford Cargo 350** | J | 3,325.00 |
| | | **2002 Chevy Cargo 350** | J | 3,275.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment** | J | 600.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

Sub-Total >    16,025.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re  **William B Duncan,**                                        Case No. _____
       **Francine Duncan**

                                        _____,
                                        Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | **animals** | | **J** | **400.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **400.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **53,894.36** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **William B Duncan,**                                    Case No. _____

       **Francine Duncan**

_____ ,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)    $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **2907 Sun Valley Ct, Plainfield, IL 60586-6654** | **735 ILCS 5/12-901** | **30,000.00** | **180,000.00** |
| **Cash on Hand** | | | |
| **Cash** | **735 ILCS 5/12-1001(b)** | **380.00** | **380.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Chase Checking acct no. 745479832** | **735 ILCS 5/12-1001(b)** | **322.93** | **322.93** |
| **906 W Jefferson St** | | | |
| **Shorewood, IL 60404** | | | |
| **Chase Savings acct no. 2734426915** | **735 ILCS 5/12-1001(b)** | **241.08** | **241.08** |
| **906 W Jefferson St** | | | |
| **Shorewood, IL 60404** | | | |
| **Integra Bank Checking acct no. 7810164892** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **12251 S. Rt. 59** | | | |
| **Plainfield, IL 60585** | | | |
| **Integra Bank Savings acct no. 3041557** | **735 ILCS 5/12-1001(b)** | **963.48** | **963.48** |
| **12251 S. Rt. 59** | | | |
| **Plainfield, IL 60585** | | | |
| **Household Goods and Furnishings** | | | |
| **Household goods** | **735 ILCS 5/12-1001(b)** | **3,165.93** | **4,000.00** |
| **Wearing Apparel** | | | |
| **Wearing Apparel** | **735 ILCS 5/12-1001(a)** | **100%** | **2,200.00** |
| **Furs and Jewelry** | | | |
| **Jewelry (mostly wedding ring).** | **735 ILCS 5/12-1001(b)** | **2,626.58** | **5,000.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Hobby Equipment - Bronica wide format camera and related equipment used by Husband on freelance photography jobs.** | **735 ILCS 5/12-1001(d)** | **2,000.00** | **2,000.00** |
| **Interests in Insurance Policies** | | | |
| **American Family Insurance/Life Policy acct no 16495175 - beneficiary is spouse.** | **215 ILCS 5/238** | **100%** | **3,568.92** |
| | **735 ILCS 5/12-1001(f)** | **100%** | |
| | **735 ILCS 5/12-1001(h)(3)** | **100%** | |
| **American Family Insurance/Life Policy no. 16495166** | **215 ILCS 5/238** | **100%** | **4,918.88** |
| | **735 ILCS 5/12-1001(f)** | **100%** | |
| | **735 ILCS 5/12-1001(h)(3)** | **100%** | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Edward Jones acct no. 533-96138-1-1** | **735 ILCS 5/12-1006** | **12,574.07** | **12,574.07** |
| **c/o Mark D Blidy** | **735 ILCS 5/12-704** | **100%** | |
| **2730 Caton Farm Road** | | | |
| **Joliet, IL 60435** | | | |

   **1**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re   **William B Duncan,**
        **Francine Duncan**                                          Case No. _____

_____ ,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2003 Toyota Corolla** | **735 ILCS 5/12-1001(c)** | **2,856.62** | **3,975.00** |
| **2001 Ford Windstar** | **735 ILCS 5/12-1001(c)** | **1,400.00** | **1,400.00** |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Office equipment** | **735 ILCS 5/12-1001(d)** | **600.00** | **600.00** |
| | Total: | **97,668.16** | **222,444.36** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **William B Duncan,**                                                    Case No. _____
         **Francine Duncan**
                                                    ,
                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | |
| Account No. **xxxxxxxxxx1213** | | | | | | Mar 2006 | | | | | |
| **Chase Bank** PO Box 9001020 Louisville, KY 40290 | | | | J | | Second Mortgage 2907 Sun Valley Ct, Plainfield, IL 60586-6654 | | | | | |
| | | | | | | Value $          **180,000.00** | | | | **84,799.80** | **25,568.76** |
| Account No. **xxxxxx8698** | | | | | | Jan 2000 | | | | | |
| **Dovenmuehle Mortgage, Inc.** PO Box 0054 Palatine, IL 60055 | | | | J | | First Mortgage 2907 Sun Valley Ct, Plainfield, IL 60586-6654 | | | | | |
| | | | | | | Value $          **180,000.00** | | | | **120,768.96** | **0.00** |
| Account No. **xxxxxx3312** | | | | | | Automobile loan | | | | | |
| **Fifth Third Bank** PO Box 630778 Cincinnati, OH 45263 | | | | J | | 2003 Toyota Corolla | | | | | |
| | | | | | | Value $          **3,975.00** | | | | **1,118.38** | **0.00** |
| Account No. **xxxxxxxxxxx0001** | | | | | | Automobile loan | | | | | |
| **State Farm** PO Box 3299 Milwaukee, WI 53201 | | | | J | | 2004 Chevy Cargo 350 | | | | | |
| | | | | | | Value $          **3,450.00** | | | | **6,675.11** | **3,225.11** |
| __1__ continuation sheets attached | | | | | | Subtotal (Total of this page) | | | | **213,362.25** | **28,793.87** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **William B Duncan,**                                                      Case No. _____
       **Francine Duncan**

_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | *Husband, Wife, Joint, or Community* | | | | | |
| Account No. **xxxxxx9022** | | | Automobile loan | | | | | |
| **State Farm** **PO BOx 3599** **Milwaukee, WI 53201** | | J | **2005 Ford Cargo 350** | | | | | |
| | | | Value $          **3,325.00** | | | | **8,208.75** | **4,883.75** |
| Account No. **xxxxxx2302** | | | Automobile loan | | | | | |
| **State Farm** **PO Box 3299** **Milwaukee, WI 53201** | | J | **2002 Chevy Cargo 350** | | | | | |
| | | | Value $          **3,275.00** | | | | **6,362.36** | **3,087.36** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  __1__  of  __1__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **14,571.11** | **7,971.11** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **227,933.36** | **36,764.98** |

B6E (Official Form 6E) (12/07)

.

In re    **William B Duncan,**                                                          Case No. _____
         **Francine Duncan**
                                                                        ,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___**0**___ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **William B Duncan,**
   **Francine Duncan**
_____
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Acct Credit Balance** | | | | |
| **1st Choice Staffing**<br>**75 Executive Dr,  #101**<br>**Aurora, IL 60504** | X | J | | X | | X | |
| | | | | | | | 17.59 |
| Account No. | | | **Acct Credit Balance** | | | | |
| **A&B Auto Supply**<br>**707 W 4th St**<br>**Sterling, IL 61081** | X | J | | X | | X | |
| | | | | | | | 3.72 |
| Account No. | | | **Acct Credit Balance** | | | | |
| **A-2 Motors**<br>**1287 N Schuyler**<br>**Kankakee, IL 60901** | X | J | | X | | X | |
| | | | | | | | 20.00 |
| Account No. | | | **Purchases on Account** | | | | |
| **ABT Refrigeration**<br>**505 Nagel Court**<br>**West Chicago, IL 60185** | | J | | | | | |
| | | | | | | | 2,039.50 |

__53__  continuation sheets attached

Subtotal
(Total of this page)           2,080.81

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **William B Duncan,**
        **Francine Duncan**                                               Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Acct Credit Balance | | | | |
| Addison Automatics Inc. PO Box 318 Harmon, IL 61042 | X | | J | | X | | X | 36.32 |
| Account No. | | | | Acct Credit Balance | | | | |
| Advantage Mortgage 405 N Main St Crown Point, IN 46307 | X | | J | | X | | X | 9.68 |
| Account No. | | | | Acct Credit Balance | | | | |
| Alice Aragones 152 N Catherine St Joliet, IL 60435 | X | | J | | X | | X | 25.44 |
| Account No. x-xxxx-xxx3850 | | | | Utility (Waste) | | | | |
| Allied Waste PO Box 9001154 Louisville, KY 40290-1154 | | | J | | | | | 377.77 |
| Account No. | | | | Acct Credit Balance | | | | |
| American Allied Railway 302 W Holland St Washington, IL 61571 | X | | J | | X | | X | 78.06 |

Sheet no. __1__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                527.27

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **William B Duncan,**
      **Francine Duncan,**    Case No. _____

_____,
                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**American Circuit Services**<br>**801 Albion Ave, Suite B**<br>**Schaumburg, IL 60193** | X | J | **Acct Credit Balance** | X | | X | 66.52 |
| Account No.<br><br>**Andrea Nelson**<br>**PO Box 362**<br>**Dunlap, IL 61525** | X | J | **Acct Credit Balance** | X | | X | 50.62 |
| Account No.<br><br>**Angela Kiddell**<br>**720 State Route # 17**<br>**Sparland, IL 61565** | X | J | **Acct Credit Balance** | X | | X | 8.05 |
| Account No.<br><br>**Ann Carbona**<br>**6413 Highline Rd**<br>**Crystal Lake, IL 60012** | X | J | **Acct Credit Balance** | X | | X | 27.75 |
| Account No.<br><br>**Anything Automotive**<br>**1228 E River Rd**<br>**Dixon, IL 61021** | X | J | **Acct Credit Balance** | X | | X | 17.95 |

Sheet no. __2__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
               (Total of this page)     **170.89**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **William B Duncan,**                                          Case No. _____
       **Francine Duncan**

_____ ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Arco Plumbing**<br>**206 N Cass**<br>**Westmont, IL 60559** | X | J | | **Acct Credit Balance** | X | | X | 25.56 |
| Account No. **x1962**<br><br>**Area Laboratory**<br>**PO Box 686**<br>**Joliet, IL 60434** | | J | | **10/2009**<br>**water testing service for Great Glacier** | | | | 322.30 |
| Account No.<br><br>**Armstrong Heating/Air Conditioning**<br>**1101 E Washington Street**<br>**East Peoria, IL 61611-2730** | X | J | | **Acct Credit Balance** | X | | X | 29.00 |
| Account No.<br><br>**Art Cabugason**<br>**1440 S Highland Ave**<br>**Lombard, IL 60148** | X | J | | **Acct Credit Balance** | X | | X | 62.02 |
| Account No. **xxx xxx-xxxx 353 3**<br><br>**AT & T**<br>**PO Box 8100**<br>**Aurora, IL 60507** | | J | | **Utility (Phone)** | | | | 664.52 |

Sheet no. __3__ of __53__ sheets attached to Schedule of                          Subtotal                  | 1,103.40 |
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **William B Duncan,**    Case No. _____
       **Francine Duncan**

_____,
                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-x7001**<br><br>**AT & T Long Distance**<br>**PO Box 9001309**<br>**Louisville, KY 40290** | | J | Utility (Phone) | | | | 148.31 |
| Account No. **xx4375**<br><br>**Badger Graphics**<br>**1155 Wiburn Rd**<br>**Sun Prairie, WI 53590** | | J | Purchases on Account | | | | 1,088.98 |
| Account No. **xxxx-xxxx-xxxx-0210**<br><br>**Bank of America**<br>**PO Box 17054**<br>**Wilmington, DE 19884** | | H | Purchases on Account | | | | 18,541.00 |
| Account No. **xxxx-xxxx-xxxx-4425**<br><br>**Bank of America**<br>**Business Card**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** | | J | Sun Valley Springs | | | | 7,068.99 |
| Account No.<br><br>**Bar Dee Boots**<br>**15224 Dixie Hwy**<br>**Harvey, IL 60426** | X | J | Acct Credit Balance | X | | X | 15.00 |

Sheet no. _**4**_ of _**53**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,862.28

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **William B Duncan,**
       **Francine Duncan**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Acct Credit Balance | | | | |
| **Becky Donahue** **7414 N Oxford Pl** **Peoria, IL 61614** | X | J | | | X | | X | 6.13 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Becky Meyers** **107 S Dayton** **Durand, IL 61024** | X | J | | | X | | X | 15.64 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Bennett Auto Rebuilders** **2300 W 79th St** **Chicago, IL 60680** | X | J | | | X | | X | 77.91 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Bensfield & Bloom Associates** **6912 W Cermak Rd** **Berwyn, IL 60402** | X | J | | | X | | X | 98.99 |
| Account No. | | | | Purchases on Account | | | | |
| **BF Coffee** **3535 Commercial Ave** **Northbrook, IL 60062** | | J | | | | | | 2,742.00 |
| Sheet no. __5__ of __53__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 2,940.67 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **William B Duncan,**                                                    Case No. _____
         **Francine Duncan**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                                 **Acct Credit Balance** | | | | | | | | |
| **Bill King's Used Cars** **14396 Dearborn** **South Elgin, IL 61080** | X | J | | | X | | X | 213.29 |
| Account No.                                                 **Acct Credit Balance** | | | | | | | | |
| **Blaine B Rice - CC** **130 South Deerpath Road** **Barrington, IL 60010** | X | J | | | X | | X | 22.13 |
| Account No.                                                 **Acct Credit Balance** | | | | | | | | |
| **Bo Rics Hair Care** **6147 E State St** **Rockford, IL 61107** | X | J | | | X | | X | 19.57 |
| Account No.                                                 **Acct Credit Balance** | | | | | | | | |
| **Bob Corbino** **528 S Park Rd** **Lombard, IL 60148** | X | J | | | X | | X | 11.57 |
| Account No.                                                 **Acct Credit Balance** | | | | | | | | |
| **Bryant Mungo** **Accounts Payable** **17725 Volbrecht Rd** **Lansing, IL 60438** | X | J | | | X | | X | 44.08 |

Sheet no. __6__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          310.64

B6F (Official Form 6F) (12/07) - Cont.

In re   **William B Duncan,**                                              Case No. _____
       **Francine Duncan**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Bryte Car**<br>**2943 Jewett Ave**<br>**Highland, IN 46322** | X | J | Acct Credit Balance | X | | X | 7.25 |
| Account No. <br><br>**Butler Tech Group**<br>**7620 N University, 2nd Floor**<br>**Peoria, IL 61614** | X | J | Acct Credit Balance | X | | X | 36.97 |
| Account No. **x5202** <br><br>**C-Beyond**<br>**320 Interstate North Parkway, SE**<br>**Atlanta, GA 30339** | | J | Purchases on Account | | | | 22,805.95 |
| Account No. <br><br>**C.B. Melton**<br>**310 W Olive Street**<br>**Wyoming, IL 61491** | X | J | Acct Credit Balance | X | | X | 43.90 |
| Account No. <br><br>**Calumet City School #155**<br>**560 Superior Street**<br>**Calumet City, IL 60409-4195** | X | J | Acct Credit Balance | X | | X | 86.49 |

Sheet no. __7__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **22,980.56**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **William B Duncan,**                                    Case No. _____
         **Francine Duncan**
_____ ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-8163** | | | **Purchases on Account** | | | | |
| **Capital One**<br>**PO Box 6492**<br>**Carol Stream, IL 60197** | | W | | | | | 436.68 |
| Account No. | | | **Acct Credit Balance** | | | | |
| **Carol Roewer**<br>**7119 Sunset St**<br>**Crystal Lake, IL 60014** | X | J | | X | | X | 18.34 |
| Account No. | | | **Acct Credit Balance** | | | | |
| **Carol Thompson**<br>**6030 Ridgewood Circle**<br>**Downers Grove, IL 60516** | X | J | | X | | X | 8.50 |
| Account No. | | | **Acct Credit Balance** | | | | |
| **Carol Wisher**<br>**1008 E Ravine Ave**<br>**Peoria, IL 61603-3352** | X | J | | X | | X | 3.00 |
| Account No. | | | **Acct Credit Balance** | | | | |
| **Carolina Schmeilski**<br>**2509 W Camille St**<br>**Peoria, IL 61614** | X | J | | X | | X | 8.06 |

Sheet no. __8__ of __53__ sheets attached to Schedule of                    Subtotal          474.58
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **William B Duncan,**
       **Francine Duncan**                                                        Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Acct Credit Balance | | | | |
| Carrie Pittman 16725 Trapet Hazel Crest, IL 60429 | X | J | | X | | X | 8.88 |
| Account No. | | | Acct Credit Balance | | | | |
| Carrie Shaver - CC 617 Cushing St Dixon, IL 61021 | X | J | | X | | X | 9.10 |
| Account No. | | | Acct Credit Balance | | | | |
| Ceco 23420 N Frontage Rd Channahon, IL 60410 | X | J | | X | | X | 64.32 |
| Account No. | | | business debt | | | | |
| Century Springs PO Box 275 Genesee Depot, WI 53127 | | J | | | | | Unknown |
| Account No. xxxxxx-736-8 | | | Loan Sun Valley Springs id#300046115 | | | | |
| Charter One Bank | | J | | | | | 526.75 |

Sheet no. __9__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 609.05 |
|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **William B Duncan,**                                          Case No. _____
      **Francine Duncan**

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx-xxxxxx-0101**<br><br>**Charter One Loan**<br>**PO Box 9799**<br>**Providence, RI 02948-9799** | | J | **Loan Sun Valley Springs id#300046115** | | | | 20,638.25 |
| Account No. **xxxx-xxxx-xxxx-3070**<br><br>**Chase Bank**<br>**800 Brooksedge Blvd**<br>**Columbus, OH 43081** | | W | **Purchases on Account** | | | | 7,681.54 |
| Account No. **xxxx-xxxx-xxxx-9699**<br><br>**Chase Bank**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** | | J | **Purchases on Account** | | | | 28,565.32 |
| Account No. **xxxx-xxxx-xxxx-3870**<br><br>**Chase Bank**<br>**PO Box 15153**<br>**Wilmington, DE 19886** | | W | **Purchases on Account** | | | | 24,400.54 |
| Account No. **xxxx-xxxx-xxxx-7702**<br><br>**Chase Bank**<br>**PO Box 15153**<br>**Wilmington, DE 19886** | | H | **Purchases on Account** | | | | 4,949.70 |

Sheet no. _**10**_ of _**53**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

86,235.35

B6F (Official Form 6F) (12/07) - Cont.

In re   **William B Duncan,**                                   Case No. _____
       **Francine Duncan**

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W / W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-9827** <br><br> **Chase Bank** <br> **PO Box 15153** <br> **Wilmington, DE 19886** | | W | Purchases on Account | | | | 3,402.27 |
| Account No. **xxxx-xxxx-xxxx-9448** <br><br> **Chase Bank** <br> **P.O. Box 15651** <br> **Wilmington, DE 19886-5651** | | W | charge card | | | X | 489.85 |
| Account No. <br><br> **Cheryl Young** <br> **322 West Street** <br> **Maquon, IL 61548** | X | J | Acct Credit Balance | X | | X | 8.00 |
| Account No. <br><br> **Chris O'Brien** <br> **3823 North Spaulding** <br> **Chicago, IL 60618** | X | J | Acct Credit Balance | X | | X | 7.37 |
| Account No. <br><br> **Christina Orozco** <br> **4169 Cherry Valley Rd** <br> **Cherry Valley, IL 61016** | X | J | Acct Credit Balance | X | | X | 6.62 |

Sheet no. __11__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal
       (Total of this page)      **3,914.11**

B6F (Official Form 6F) (12/07) - Cont.

In re    **William B Duncan,**                                                    Case No. _____
          **Francine Duncan**
_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Christine Papadoulis**<br>**1359 E Ash**<br>**Canton, IL 61520** | X | J | | **Acct Credit Balance** | X | | X | 14.87 |
| Account No. **xxxx-xxxx-xxxx-5692**<br><br>**CitiCard Bank**<br>**Processing Center**<br>**Des Moines, IA 50363** | | W | | **Purchases on Account - Judgment entered** | | | | 12,718.12 |
| Account No.<br><br>**City Hall - City Managers**<br>**419 Fulton Room 207**<br>**Peoria, IL 61602** | X | J | | **Acct Credit Balance** | X | | X | 65.61 |
| Account No.<br><br>**City Hall of Des Plaines**<br>**1420 Miner Road**<br>**Des Plaines, IL 60016** | X | J | | **Acct Credit Balance** | X | | X | 6.25 |
| Account No.<br><br>**Clayton Ball**<br>**8761 Elevator Rd**<br>**Rosco, IL 61073** | X | J | | **Acct Credit Balance** | X | | X | 7.94 |

Sheet no. __**12**__ of __**53**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              12,812.79

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **William B Duncan,**                                    Case No. _____
        **Francine Duncan**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Coffee Inn** <br> **PO Box 10459** <br> **Merrillville, IN 46411-0459** | X | J | Acct Credit Balance | X | | X | 552.00 |
| Account No. **xxxxxx1076** <br><br> **ComEd** <br> **PO Box 6111** <br> **Carol Stream, IL 60197** | | J | Utility (Electric) | | | | 152.46 |
| Account No. <br><br> **Connie Chappell** <br> **124 W James Way** <br> **Cary, IL 60013** | X | J | Acct Credit Balance | X | | X | 6.00 |
| Account No. <br><br> **Connie England** <br> **RR 1 Box 90A 302 W North** <br> **Waynsville, IL 61778** | X | J | Acct Credit Balance | X | | X | 94.00 |
| Account No. <br><br> **Cookies by Design** <br> **361 Randy Road, Unit 101** <br> **Carol Stream, IL 60188** | X | J | Acct Credit Balance | X | | X | 8.00 |

Sheet no. __13__ of __53__ sheets attached to Schedule of          Subtotal          812.46
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **William B Duncan,**
          **Francine Duncan**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Purchases on Account | | | | |
| Coolastic, Inc. 7502 West 84th Place Bridgeview, IL 60457 | | | J | | | | | 3,545.00 |
| Account No. | | | | Acct Credit Balance | | | | |
| Cottonwood Financial 1901 Gateway Drive, Suite 200 Irving, TX 75038 | X | | J | | X | | X | 21.00 |
| Account No. xx0860 | | | | Purchases on Account | | | | |
| Crown Trucks PO Box 641173 Cincinnati, OH 45264 | | | J | | | | | 84.16 |
| Account No. | | | | Acct Credit Balance | | | | |
| Custom Compounding Service 840 Airport Dr Rockford, IL 61109 | X | | J | | X | | X | 17.59 |
| Account No. | | | | Acct Credit Balance | | | | |
| Dale Warren 2633 E Sante Fe Rd Chillicothe, IL 61523 | X | | J | | X | | X | 3.31 |

Sheet no. __14__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,671.06

B6F (Official Form 6F) (12/07) - Cont.

In re    **William B Duncan,**                    Case No. _____
       **Francine Duncan**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Acct Credit Balance | | | | |
| David Smith PO Box 434 Williams Bay, WI 53191 | X | J | | X | | X | 12.70 |
| Account No. | | | Acct Credit Balance | | | | |
| Deangelis Francis 1822 N 24th Ave Melrose Park, IL 60161 | X | J | | X | | X | 22.40 |
| Account No. | | | Acct Credit Balance | | | | |
| Dee's Catering 1517 Bourbon Parkway Streamwood, IL 60107 | X | J | | X | | X | 18.29 |
| Account No. | | | Acct Credit Balance | | | | |
| Delbert Belford 547 Schweer Ct Bellevu, IL 61604 | X | J | | X | | X | 10.76 |
| Account No. **xxxxx6741** | | | Marketing | | | | |
| Dex PO Box 660835 Dallas, TX 75266-0835 | | J | | | | | 0.00 |

Sheet no. __15__ of __53__ sheets attached to Schedule of             Subtotal
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)      64.15

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **William B Duncan,**
        **Francine Duncan**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Rockford Facility** | | | J | Lease | | | | |
| Diana VanZielgham 6339 Thicket ln Cherry Valley, IL 61016 | | | | | | | | 11,565.26 |
| Account No. | X | | J | Acct Credit Balance | X | | X | |
| Diane Housour 19011 Meander Way Bloomington, IL 61704-4108 | | | | | | | | 24.02 |
| Account No. | X | | J | Acct Credit Balance | X | | X | |
| Dick Swanson 26722 West Dolores Ct Ingleside, IL 60041 | | | | | | | | 13.02 |
| Account No. | | | J | Purchases on Account | | | | |
| Dick's Towing 911 N Broddway St Joliet, IL 60435 | | | | | | | | 217.50 |
| Account No. **xxxx-xxxx-xxxx-5701** | | H | | Purchases on Account | | | | |
| Discover PO Box 15316 Wilmington, DE 19850 | | | | | | | | 7,572.57 |

Sheet no. __**16**__ of __**53**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            19,392.37

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **William B Duncan,**
   **Francine Duncan** _____,   Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-4974** | | | | **Purchases on Account** | | | | |
| **Discover** **PO Box 15316** **Wilmington, DE 19850** | | W | | | | | | 3,623.39 |
| Account No. | | | | **Acct Credit Balance** | | | | |
| **Doug Bertelsen** **1622 Knox Highway 15** **Dahinda, IL 61428** | X | J | | | X | | X | 6.00 |
| Account No. | | | | **Acct Credit Balance** | | | | |
| **Dr Kurt Savegnago** **40 Laurel Drive** **Canton, IL 61520** | X | J | | | X | | X | 34.31 |
| Account No. | | | | **Acct Credit Balance** | | | | |
| **Dr. Michael Sherman** **765 Brickley Ct** **Fontana, WI 53125** | X | J | | | X | | X | 48.45 |
| Account No. | | | | **Acct Credit Balance** | | | | |
| **Durbin Chiropractic** **501 N Morton Avenue** **Morton, IL 61550** | X | J | | | X | | X | 16.71 |

Sheet no. __17__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **3,728.86**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **William B Duncan,**                                                    Case No. _____
        **Francine Duncan**

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Acct Credit Balance | | | | |
| **E.J. Wagner Accountants**<br>**804 1st Ave**<br>**Rock Falls, IL 61071** | X | J | | X | | X | 20.99 |
| Account No. | | | Acct Credit Balance | | | | |
| **Eash Stonework**<br>**4903 Business 20 West**<br>**Rockford, IL 61102** | | J | | X | | X | 28.91 |
| Account No. | | | Acct Credit Balance | | | | |
| **Ed Baugh**<br>**16101 Codo Drive**<br>**Lockport, IL 60441** | | J | | X | | X | 16.64 |
| Account No. | | | Acct Credit Balance | | | | |
| **Edgerton High School**<br>**200 Elm High Dr**<br>**Edgerton, WI 53534** | | J | | X | | X | 54.10 |
| Account No. | | | Acct Credit Balance | | | | |
| **Edward Jones**<br>**2030 Sutler Ave**<br>**Beloit, WI 53511** | | J | | X | | X | 10.90 |

Sheet no. __18__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  131.54

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **William B Duncan,**
**Francine Duncan**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Acct Credit Balance | | | | |
| **ENT Specialist Rockford** **435 North Mulford Rd, #10** **Rockford, IL 61107** | | | J | | X | | X | |
| | | | | | | | | 7.55 |
| Account No. **xxxx0145** | | | | | | | | |
| **Express Employment** **PO Box 841634** **Dallas, TX 75284** | | | J | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Fagor Arrasate** **205 W Grand Ave, Suite 113** **Bensonville, IL 60106** | | | J | | X | | X | |
| | | | | | | | | 27.78 |
| Account No. **xxxx-x5554** | | | | Purchases on Account | | | | |
| **FedEx** **PO Box 94515** **Palatine, IL 60094** | | | J | | | | | |
| | | | | | | | | 142.99 |
| Account No. **xxxx0100** | | | | Utility (Gas) | | | | |
| **Ferrellgas** **PO Box 88086** **Chicago, IL 60680** | | | J | | | | | |
| | | | | | | | | 72.56 |

Sheet no. **19** of **53** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

250.88

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **William B Duncan,**
         **Francine Duncan**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Acct Credit Balance | | | | |
| **Finder Keepers Consignment**<br>**5901 N Prospect**<br>**Junction City, IL 61614** | | | J | | X | | X | |
| | | | | | | | | 59.53 |
| Account No. | | | | Acct Credit Balance | | | | |
| **First Nat'l Bank Joliet**<br>**78 N Chicago**<br>**Joliet, IL 60431** | | | J | | X | | X | |
| | | | | | | | | 24.50 |
| Account No. | | | | Acct Credit Balance | | | | |
| **First Student**<br>**501 S. McKinley Street**<br>**Havana, IL 62644** | | | J | | X | | X | |
| | | | | | | | | 7.64 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Fisher Sales Corp**<br>**3805 Illinois Avenue**<br>**St Charles, IL 60174** | | | J | | X | | X | |
| | | | | | | | | 24.49 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Frank & Linda Sturdivant**<br>**119 Rice Ave**<br>**Bellwood, IL 60104** | | | J | | X | | X | |
| | | | | | | | | 27.86 |

Sheet no. __20__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

144.02

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **William B Duncan,**                                          Case No. _____
        **Francine Duncan**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Acct Credit Balance | | | | |
| **Frank & Sherri Bernard** **311 Waterbury Circle** **Oswego, IL 60543** | | J | | | X | | X | |
| | | | | | | | | 31.80 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Frank's Family Barber** **4118 Roosevelt** **Chicago, IL 60624** | | J | | | X | | X | |
| | | | | | | | | 42.16 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Fred Lewis** **3N414 Rohlwing Rd** **Addison, IL 60101** | | J | | | X | | X | |
| | | | | | | | | 50.00 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Gary & Margie Karl** **4208 S Wheatfield Rd** **Mapleton, IL 61547** | | J | | | X | | X | |
| | | | | | | | | 8.06 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Gary Babcock** **14824 N Prichard Rd** **Lewistown, IL 61542** | | J | | | X | | X | |
| | | | | | | | | 12.00 |

Sheet no. __21__ of __53__ sheets attached to Schedule of                    Subtotal                | 144.02 |
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **William B Duncan,**                                        Case No. _____
          **Francine Duncan**

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Acct Credit Balance** | | | | |
| **Gayle Roach**<br>**20 Hollyhock Drive**<br>**Riverton, IL 62561** | | J | | X | | X | |
| | | | | | | | 23.00 |
| Account No. | | | **Acct Credit Balance** | | | | |
| **Geller & Kraus**<br>**18220 Harwood**<br>**Homewood, IL 60430** | | J | | X | | X | |
| | | | | | | | 8.88 |
| Account No. | | | **Acct Credit Balance** | | | | |
| **Gene & Marianne King**<br>**422 Virgie Pl**<br>**West Chicago, IL 60185** | | J | | X | | X | |
| | | | | | | | 31.01 |
| Account No. **Joliet Facility** | | | **Lease** | | | | |
| **George Ballantine**<br>**19648 S Schoolhouse Rd**<br>**New Lenox, IL 60451** | | J | | | | | |
| | | | | | | | 61,600.00 |
| Account No. | | | **Acct Credit Balance** | | | | |
| **Gerald Haas**<br>**5N973 Kingswood Dr**<br>**St Charles, IL 60175** | | J | | X | | X | |
| | | | | | | | 7.62 |

Sheet no. __22__ of __53__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)    | 61,670.51 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **William B Duncan,**
**Francine Duncan**
Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Acct Credit Balance | | | | |
| Glen & Sharon Rauh 659 Santa Fe Trail Metamora, IL 61548 | | J | | | X | | X | 80.36 |
| Account No. | | | | Acct Credit Balance | | | | |
| Golden Security Ins Agency 1011 S State St, Suite 240 Lemont, IL 60439 | | J | | | X | | X | 17.53 |
| Account No. | | | | Acct Credit Balance | | | | |
| Gordon Lucas 727 Highview Avenue Rockford, IL 61107 | | J | | | X | | X | 29.18 |
| Account No. | | | | Acct Credit Balance | | | | |
| Graphic Dynamite 8248 S Cottege Grove Ave Chicago, IL 60619 | | J | | | X | | X | 16.50 |
| Account No. | | | | Acct Credit Balance | | | | |
| Graphics Dynamite 561 Cambridge Way Bolingbrook, IL 60440 | | J | | | X | | X | 22.50 |

Sheet no. __23__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

166.07

B6F (Official Form 6F) (12/07) - Cont.

In re   **William B Duncan,**
**Francine Duncan**                                                    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Acct Credit Balance | | | | |
| Greg & Barb Cerulo 9804 Townsend Dr Peoria, IL 61615 | | J | | | X | | X | |
| | | | | | | | | 8.00 |
| Account No. | | | | Acct Credit Balance | | | | |
| H & R Block 405 Hillcrest Drive Washburn, IL 61570 | | J | | | X | | X | |
| | | | | | | | | 101.45 |
| Account No. | | | | Acct Credit Balance | | | | |
| Headquarters Inc Accounts Payable PO Box 227 Fontana, WI 53125 | | J | | | X | | X | |
| | | | | | | | | 9.92 |
| Account No. | | | | Acct Credit Balance | | | | |
| Heartland Dental Care 1200 Network Centre Dr, Suite 2 Effingham, IL 62401 | | J | | | X | | X | |
| | | | | | | | | 119.00 |
| Account No. | | | | Acct Credit Balance | | | | |
| Heartland Hospice 6885 Vista Green Way Rockford, IL 61107 | | J | | | X | | X | |
| | | | | | | | | 8.00 |

Sheet no. __24__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

246.37

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **William B Duncan,**
**Francine Duncan**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Acct Credit Balance | | | | |
| Heather Miller - CC 4552 Harrison Street Yorkville, IL 60560 | | J | | X | | X | 25.10 |
| Account No. | | | Acct Credit Balance | | | | |
| Help at Home Inc 15028 S Cicero, Unit 1 Oak Forest, IL 60452 | | J | | X | | X | 115.04 |
| Account No. | | | Acct Credit Balance | | | | |
| Herlindo Jimenez 9240 Foliage Lane Munster, IN 46321 | | J | | X | | X | 6.00 |
| Account No. | | | Acct Credit Balance | | | | |
| High Lift 1239 Shappert Dr Machesney Park, IL 61115 | | J | | X | | X | 43.60 |
| Account No. | | | Purchases on Account | | | | |
| Hupe Hardware PO Box 837 Peotone, IL 60468 | | J | | | | | 534.25 |

Sheet no. __25__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

723.99

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **William B Duncan,**                                      Case No. _____
           **Francine Duncan**

_____,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Acct Credit Balance | | | | |
| **Inccrra** **Accts Payable** **207 W Jefferson, Suite 503** **Bloomington, IL 61701** | | J | | | X | | X | 133.00 |
| Account No. | | | | Purchases on Account | | | | |
| **International Business Develop.** **PO Box 922345** **Norcross, GA 30010** | | | | | | | | 2,544.31 |
| Account No. | | | | Acct Credit Balance | | | | |
| **James Berei** **5900 Page Pl** **Rockford, IL 61101** | | J | | | X | | X | 24.29 |
| Account No. | | | | Acct Credit Balance | | | | |
| **James Severson** **6394 Cunningham Rd** **Rockford, IL 61112** | | J | | | X | | X | 27.22 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Jamie Englert** **108 Thrush** **Pekin, IL 61554** | | J | | | X | | X | 6.56 |

Sheet no. __26__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal           | 2,735.38
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **William B Duncan,**
          **Francine Duncan**                                                    Case No. _____

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Janice Nordsiek**<br>**413 S Nebraska**<br>**Morton, IL 61550** | | J | Acct Credit Balance | X | | X | 34.31 |
| Account No.<br><br>**Jay Delay**<br>**804 Young St**<br>**Marseilles, IL 61341** | | J | Acct Credit Balance | X | | X | 51.90 |
| Account No.<br><br>**Jeff Rio**<br>**309 Linden Street**<br>**Glen Ellyn, IL 60137** | | J | Acct Credit Balance | X | | X | 15.00 |
| Account No.<br><br>**Jennetta Irwin**<br>**604 - 3rd Avenue**<br>**Rock Falls, IL 61071** | | J | Acct Credit Balance | X | | X | 7.60 |
| Account No.<br><br>**Jeremy Jensen**<br>**413 E Wall St**<br>**Janesville, WI 53545** | | J | Acct Credit Balance | X | | X | 25.00 |

Sheet no. __27__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

133.81

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **William B Duncan,**
        **Francine Duncan**,                                                    Case No. _____

_____,
                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Jeremy Kiesewetter <br> 600 Marcia St <br> Henry, IL 61537 | | J | Acct Credit Balance | X | | X | 30.06 |
| Account No. <br><br> Jim & Susan Patikowski <br> 28337 Logan Street <br> Rock Falls, IL 61071 | | J | Acct Credit Balance | X | | X | 34.50 |
| Account No. <br><br> Joe Taylor <br> 5651 N Hamilton <br> Peoria, IL 61614 | | J | Acct Credit Balance | X | | X | 11.90 |
| Account No. <br><br> Joe's Towing <br> 2233 Springfield Rd <br> Bloomington, IL 61701 | | J | Acct Credit Balance | X | | X | 8.00 |
| Account No. <br><br> Joel Ingles <br> 10316 N Churchill <br> Peoria, IL 61615 | | J | Acct Credit Balance | X | | X | 8.50 |

Sheet no. __28__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal
                                  (Total of this page)             **92.96**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **William B Duncan,**                                                    Case No. _____
       **Francine Duncan**

_____ ,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Acct Credit Balance | | | | |
| **John & Shelly Shallet**<br>**612 Mayfair**<br>**Germantown, IL 61548** | | J | | | X | | X | |
| | | | | | | | | **16.66** |
| Account No. | | | | Acct Credit Balance | | | | |
| **John Dooley Insurance**<br>**2405 N University**<br>**Peoria, IL 61613** | | J | | | X | | X | |
| | | | | | | | | **11.94** |
| Account No. | | | | Acct Credit Balance | | | | |
| **Joy Drysdale**<br>**5871 Denbury Lane**<br>**Loves Park, IL 61111** | | J | | | X | | X | |
| | | | | | | | | **8.00** |
| Account No. | | | | Acct Credit Balance | | | | |
| **Judy Riker**<br>**3027 Wedgewood Dr**<br>**DeKalb, IL 60115** | | J | | | X | | X | |
| | | | | | | | | **4.88** |
| Account No. | | | | Acct Credit Balance | | | | |
| **Karen Boone**<br>**201 Hazel**<br>**Chillicothe, IL 61523** | | J | | | X | | X | |
| | | | | | | | | **7.25** |

Sheet no. __29__ of __53__ sheets attached to Schedule of                   Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)    **48.73**

B6F (Official Form 6F) (12/07) - Cont.

In re      **William B Duncan,**                                           Case No. _____
           **Francine Duncan**

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Acct Credit Balance | | | | |
| **Karen Grisanzio** **1069 Anee Dr** **Rockford, IL 61108** | | J | | X | | X | 21.19 |
| Account No. | | | Acct Credit Balance | | | | |
| **Karen Mayhugh** **15376 Old Route 36** **Springfield, IL 62701** | | J | | X | | X | 19.01 |
| Account No. | | | Acct Credit Balance | | | | |
| **Kauth Mayeur** **1013 N Orange St** **Peoria, IL 61606** | | J | | X | | X | 27.50 |
| Account No. | | | Acct Credit Balance | | | | |
| **Keith Ellefson** **1800 Teresa St** **Rock Falls, IL 61071** | | J | | X | | X | 36.85 |
| Account No. | | | Purchases on Account | | | | |
| **Kellog Company** **Dunning Department** **PO Box 1988** **Battle Creek, MI 49016-1988** | | J | | | | | 67.89 |

Sheet no. __30__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          172.44

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **William B Duncan,**
    **Francine Duncan**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Acct Credit Balance | | | | |
| **Kim Assink** **6025 W 130th Place** **Palos Heights, IL 60463** | | J | | | X | | X | 26.94 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Klassic Cleaners** **4356 W Touhy Ave** **Lincolnwood, IL 60646** | | J | | | X | | X | 12.75 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Laura Doetsch** **11726 Davey Dr** **Huntley, IL 60142** | | J | | | X | | X | 18.90 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Liberty Physical Therapy** **2738 W North Ave** **Chicago, IL 60647** | | J | | | X | | X | 23.63 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Louis Williams** **1819 170th St, Suite A** **Hazel Crest, IL 60429** | | J | | | X | | X | 8.00 |

Sheet no. __31__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     90.22

B6F (Official Form 6F) (12/07) - Cont.

In re  **William B Duncan,**
       **Francine Duncan**                                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Acct Credit Balance | | | | |
| **Lucinda Rempala** **3601 W Warwick** **Peoria, IL 61615** | | | J | | | X | | X | 23.00 |
| Account No. | | | | | Acct Credit Balance | | | | |
| **Maggie Barile** **1415 New Castle Lane** **Bartlett, IL 60103** | | | J | | | X | | X | 6.96 |
| Account No. | | | | | Acct Credit Balance | | | | |
| **Maple Lawn Homes** **700 N Main Street** **Eureka, IL 61530** | | | J | | | X | | X | 44.65 |
| Account No. | | | | | Acct Credit Balance | | | | |
| **Marengo Vision** **205 N State St** **Marengo, IL 60152** | | | J | | | X | | X | 15.05 |
| Account No. | | | | | Acct Credit Balance | | | | |
| **Mathis Kelly Construction** **8623 N University** **Peoria, IL 61615** | | | J | | | X | | X | 98.37 |

Sheet no. __32__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    188.03

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **William B Duncan,**
   **Francine Duncan**
   _____,
                            Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Acct Credit Balance | | | | |
| Maurer-McGillem Eng., Inc. 7615 N Harker Dr Peoria, IL 61615 | | J | | | X | | X | 21.99 |
| Account No. | | | | Acct Credit Balance | | | | |
| MCC/Design 181 Ontario St Frankfort, IL 60423 | | J | | | X | | X | 38.38 |
| Account No. | | | | Acct Credit Balance | | | | |
| Melinda Lange 104 Barbara St East Peoria, IL 61611 | | J | | | X | | X | 7.99 |
| Account No. | | | | Acct Credit Balance | | | | |
| Metal Processing Supply PO Box 523 Franklin Park, IL 60131 | | J | | | X | | X | 12.99 |
| Account No. | | | | Acct Credit Balance | | | | |
| Michael Vaughn 508 Pearl St Ottawa, IL 61350 | | J | | | X | | X | 27.75 |

Sheet no. __33__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

109.10

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **William B Duncan,**
         **Francine Duncan**                                              Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Acct Credit Balance | | | | |
| Midcor Supply PO Box 16017 Loves Park, IL 61132 | | | J | | X | | X | 56.43 |
| Account No. | | | | Acct Credit Balance | | | | |
| Mike Johnson 603 Locust Street Henry, IL 61537 | | | J | | X | | X | 36.00 |
| Account No. | | | | Acct Credit Balance | | | | |
| Mindy Starr 902 3rd Avenue Sterling, IL 61081 | | | J | | X | | X | 43.38 |
| Account No. | | | | Acct Credit Balance | | | | |
| Neal Mason PO Box 85 Maquon, IL 61458 | | | J | | X | | X | 8.50 |
| Account No. | | | | amounts allegedly due pursuant to an agreement to purchase certain assets and accounts of Neenah Springs in connection with becoming a distributor of Neenah Springs bottled water. | | | | |
| Neenah Springs 506 Fanrich Street Oxford, WI 53952 | | | J | | | | X | 1,800,000.00 |

Sheet no. __34__ of __53__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 1,800,144.31 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **William B Duncan,**                                                    Case No. _____
         **Francine Duncan**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Acct Credit Balance | | | | |
| **Niechajczyk Karina** **2N252 Diane Avenue** **Glen Ellyn, IL 60137** | | J | | X | | X | 22.74 |
| Account No. | | | Acct Credit Balance | | | | |
| **Norma Mefford** **605 Washington St** **Pekin, IL 61554** | | J | | X | | X | 8.00 |
| Account No. | | | Acct Credit Balance | | | | |
| **Northmoor Elementary School** **1819 Northmoor** **Peoria, IL 61614** | | J | | X | | X | 16.70 |
| Account No. | | | Acct Credit Balance | | | | |
| **OSI Buffalo Grove** **2520 S 170th St** **New Berlin, WI 53151** | | J | | X | | X | 12.69 |
| Account No. | | | Acct Credit Balance | | | | |
| **Paige Schlicksup** **5625 W Club Rd** **Dunlap, IL 61525** | | J | | X | | X | 8.00 |

Sheet no. __35__ of __53__ sheets attached to Schedule of                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)          68.13

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **William B Duncan,**                                                      Case No. _____
        **Francine Duncan**

_____,
                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Acct Credit Balance | | | | |
| **Pam Arnold 661 Hampton Course West Chicago, IL 60185** | | J | | | X | | X | 23.75 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Pam Cansino 2519 West Lincoln Ave Peoria, IL 61605** | | J | | | X | | X | 28.68 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Pamela Payne 319 Dundee East Peoria, IL 61611** | | J | | | X | | X | 32.45 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Paper Recovery 7972 Crest Hills Drive Loves Park, IL 61111** | | J | | | X | | X | 26.00 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Paper Recovery Service #2 7972 Crest Hills Drive Loves Park, IL 61111** | | J | | | X | | X | 66.18 |

Sheet no. __36__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                177.06

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **William B Duncan,**
         **Francine Duncan**                                              Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Acct Credit Balance | | | | |
| **Pasquel Co Retail Only 1416-18 SW Adams St Peoria, IL 61602** | | J | | | X | | X | 83.13 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Patricia Brewer 218 Zuelke Dr Bellwood, IL 60104** | | J | | | X | | X | 16.12 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Patricia Shell 3001 S Michigan, Apt 302 Chicago, IL 60616** | | J | | | X | | X | 17.29 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Patrick & Mary Shea 3105 E 5th Rd LaSalle, IL 61301** | | J | | | X | | X | 25.00 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Patrick Longtin 7849 N 5000 E Road Manteno, IL 60950** | | J | | | X | | X | 17.75 |

Sheet no. __37__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     159.29

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **William B Duncan,**    Case No. _____
         **Francine Duncan**

                                                          ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Acct Credit Balance | | | | |
| Paul & Cheryl Huhtelin 12306 Derby Ln Orland Park, IL 60467 | | J | | | X | | X | 31.89 |
| Account No. | | | | Acct Credit Balance | | | | |
| Pauline Walling 1014 Mulberry Ottawa, IL 61350 | | J | | | X | | X | 24.23 |
| Account No. | | | | Acct Credit Balance | | | | |
| Pearl & Associates LTD 1200 E Glen Avenue Peoria Heights, IL 61616-5348 | | J | | | X | | X | 15.92 |
| Account No. | | | | Acct Credit Balance | | | | |
| Peggy Ono 129 W Autumn Lane East Peoria, IL 61611 | | J | | | X | | X | 16.00 |
| Account No. | | | | Acct Credit Balance | | | | |
| Pekin Waste Water 1208 Koch St Pekin, IL 61555 | | J | | | X | | X | 16.00 |

Sheet no. __38__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          104.04

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **William B Duncan,**              Case No. _____
         **Francine Duncan**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Peoria Facility** <br><br>**Peoria Flag & Decorating**<br>**920 E Glen Ave**<br>**Peoria Heights, IL 61616** | | | J | Lease | | | | 47,743.43 |
| Account No. <br><br>**Perry's Truck**<br>**2221 Maple Road**<br>**Joliet, IL 60432** | | | J | Purchases on Account | | | | 936.27 |
| Account No. <br><br>**Peter & Beth Standish**<br>**26 W 173 Grand Ave**<br>**Wheaton, IL 60187** | | | J | Acct Credit Balance | X | | X | 39.45 |
| Account No. <br><br>**Peter Frederick**<br>**522 Julien St**<br>**Belvidere, IL 61008** | | | J | Acct Credit Balance | X | | X | 24.60 |
| Account No. <br><br>**Philip Hameister**<br>**659 Naoma Drive**<br>**Crete, IL 60417** | | | J | Acct Credit Balance | X | | X | 9.45 |

Sheet no. __**39**__ of __**53**__ sheets attached to Schedule of                    Subtotal          48,753.20
Creditors Holding Unsecured Nonpriority Claims                                 (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **William B Duncan,**                                         Case No. _____

       **Francine Duncan**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Acct Credit Balance | | | | |
| **Plaid Academy** **11156 S Hoyne** **Chicago, IL 60643** | | J | | | X | | X | |
| | | | | | | | | 33.30 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Prarie State Bank** **Accts Payable - Bloomington** **PO Box 260** **Mt Zion, IL 62549** | | J | | | X | | X | |
| | | | | | | | | 8.00 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Progressive Step Rehabilitation** **824 B East Geneva St** **Delavan, WI 53115** | | J | | | X | | X | |
| | | | | | | | | 21.00 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Punisha Zizich** **459 Grand Ave** **Lake Zurich, IL 60047** | | J | | | X | | X | |
| | | | | | | | | 68.41 |
| Account No. | | | | Acct Credit Balance | | | | |
| **R & M Industries** **38 Interstate Rd +40** **Addison, IL 60101** | | J | | | X | | X | |
| | | | | | | | | 29.42 |
| Sheet no. __40__ of __53__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 160.13 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **William B Duncan,**
       **Francine Duncan**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Acct Credit Balance | | | | |
| Rachel Perkins PO Box 91 Trivoli, IL 61569 | | | J | | X | | X | |
| | | | | | | | | 17.92 |
| Account No. 8361 | | | | Purchases on Account | | | | |
| Ram Systems 224 Causeway Blvd LaCrosse, WI 54603 | | W | | | | | | |
| | | | | | | | | 1,598.98 |
| Account No. 3442 | | | | Purchases on Account | | | | |
| RC Auto 3491 Merchandise Dr Rockford, IL 61109 | | | J | | | | | |
| | | | | | | | | 2,945.77 |
| Account No. | | | | Acct Credit Balance | | | | |
| RCI Enterprises Inc. 515 Tollgate Road, Suite E Elgin, IL 60123 | | | J | | X | | X | |
| | | | | | | | | 25.98 |
| Account No. | | | | Acct Credit Balance | | | | |
| Real Estate Services 1 Auto Club Dr Dearborn, MI 48126 | | | J | | X | | X | |
| | | | | | | | | 28.45 |

Sheet no. __41__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,617.10

B6F (Official Form 6F) (12/07) - Cont.

In re  **William B Duncan,**                                                Case No. _____
       **Francine Duncan**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>ReMax<br>2205 Point Blvd, Suite 100<br>Elgin, IL 60123 | | J | Acct Credit Balance | X | | X | 32.03 |
| Account No.<br><br>Rhonda Knoup<br>598 Pembroke Dr<br>Pecatonica, IL 61063 | | J | Acct Credit Balance | X | | X | 28.87 |
| Account No.<br><br>Richard F Zuehlke & Sons<br>109 N Scott St<br>Coloma, WI 54930 | | J | Purchases on Account | | | | 8,774.58 |
| Account No.<br><br>Robert McKinnell<br>505 N Lincoln Street<br>Elkhorn, WI 53121 | | J | Acct Credit Balance | X | | X | 41.20 |
| Account No.<br><br>Robert Volk<br>16516 Lakeview<br>Chillicothe, IL 61523 | | J | Acct Credit Balance | X | | X | 51.06 |

Sheet no. __42__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    8,927.74

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **William B Duncan,**
    **Francine Duncan**                                                     Case No. _____

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Purchases on Account | | | | |
| Rockdale Automotive 22 Graham Dr Rockdale, IL 60436 | | J | | | | | | 2,876.87 |
| Account No. | | | | Acct Credit Balance | | | | |
| Rod Perkins 701 S 9th Street Pekin, IL 61554 | | J | | | X | | X | 29.07 |
| Account No. | | | | Acct Credit Balance | | | | |
| Rod Wickert 4753 West Pendleton Place Peoria, IL 61615 | | J | | | X | | X | 41.81 |
| Account No. | | | | Acct Credit Balance | | | | |
| Ron & Dianne Pullman 22844 Anna Drive Channahon, IL 60410 | | J | | | X | | X | 26.50 |
| Account No. | | | | Acct Credit Balance | | | | |
| Rose White 2625 W Reservoir, Apt #420 Peoria, IL 61615 | | J | | | X | | X | 9.85 |

Sheet no. __43__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,984.10

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **William B Duncan,**                                                    Case No. _____
         **Francine Duncan**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Acct Credit Balance | | | | |
| **Rosemarie Petty** **4606 N Koerner Rd** **Peoria, IL 61615** | | J | | X | | X | 6.56 |
| Account No. | | | Acct Credit Balance | | | | |
| **Ruby Stonecipher** **703 Leslie** **Rockford, IL 61101** | | J | | X | | X | 5.37 |
| Account No. | | | Acct Credit Balance | | | | |
| **Ryder Truck Rental & Leas** **8619 N Industrial Rd** **Peoria, IL 61615** | | J | | X | | X | 8.00 |
| Account No. | | | Acct Credit Balance | | | | |
| **Sally Morris** **565 Jacqulyn Lane** **Lake Forest, IL 60045** | | J | | X | | X | 16.25 |
| Account No. | | | Acct Credit Balance | | | | |
| **Scheffler Custom Woodwork** **925 Depot Ave** **Dixon, IL 61021** | | J | | X | | X | 30.44 |

Sheet no. __44__ of __53__ sheets attached to Schedule of          Subtotal                66.62
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **William B Duncan,**  
     **Francine Duncan,**  Case No. _____

_____,  
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Acct Credit Balance | | | | |
| Scheurell Mortgage 1232 A Phoenix St PO Box 489 Delavan, WI 53115 | | J | | X | | X | 69.00 |
| Account No. | | | Acct Credit Balance | | | | |
| Schmidt Agency Inc 9965 W 151st St Orland Park, IL 60462 | | J | | X | | X | 37.00 |
| Account No. | | | Acct Credit Balance | | | | |
| Sedona Staffing 8158 W Lincoln Highway Frankfort, IL 60423 | | J | | X | | X | 25.47 |
| Account No. | | | Acct Credit Balance | | | | |
| Shane Heth-Express Mortgage 620 Main Edgerton, WI 53534 | | J | | X | | X | 11.00 |
| Account No. | | | Acct Credit Balance | | | | |
| Sharon Klint 2525 Hickory Ave Rockford, IL 61107 | | J | | X | | X | 81.80 |

Sheet no. __45__ of __53__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)      224.27

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **William B Duncan,**
    **Francine Duncan**

Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Acct Credit Balance | | | | |
| **Sheet Metal Connectors** **5850 Main Street NE** **Minneapolis, MN 55432** | | J | | | X | | X | |
| | | | | | | | | 107.35 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Sinow & Weinman, Inc.** **PO Box 574** **Dixon, IL 61021-0574** | | J | | | X | | X | |
| | | | | | | | | 140.56 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Something Special** **206 E Myrtle** **Elizabeth, IL 61028** | | J | | | X | | X | |
| | | | | | | | | 16.22 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Sonderhoff USA Corp.** **880 Church Road** **Elgin, IL 60123** | | J | | | X | | X | |
| | | | | | | | | 35.60 |
| Account No. | | | | Acct Credit Balance | | | | |
| **St Charles Screw Products** **404 E Park** **Harvard, IL 60033** | | J | | | X | | X | |
| | | | | | | | | 44.95 |

Sheet no. __46__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

344.68

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **William B Duncan,**
       **Francine Duncan**                                              Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Acct Credit Balance | | | | |
| **St. Joseph High School** **10900 W Cermack Road** **Westchester, IL 60154** | | J | | | X | | X | 142.09 |
| Account No. | | | | Acct Credit Balance | | | | |
| **State Farm** **9109 W Ogden** **Brookfield, IL 60513** | | J | | | X | | X | 10.10 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Steve Lydon** **127 E York St** **West Chicago, IL 60185** | | J | | | X | | X | 12.74 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Storaway Solutions** **684 County Line Rd** **Bensonville, IL 60106** | | J | | | X | | X | 7.61 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Stowe Auto Body** **16501 Broadway St** **Lockport, IL 60441** | | J | | | X | | X | 83.86 |

Sheet no. __47__ of __53__ sheets attached to Schedule of                    Subtotal          256.40
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **William B Duncan,**                                          Case No. _____
         **Francine Duncan**
                                                                              ,
_____
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Acct Credit Balance | | | | |
| **Studio 54** **117 1/2 N Main Street** **Janesville, WI 53545** | | J | | X | | X | 16.00 |
| Account No. | | | Acct Credit Balance | | | | |
| **Susan Rettig** **246 E Eller Drive** **East Peoria, IL 61611** | | J | | X | | X | 56.04 |
| Account No. | | | Acct Credit Balance | | | | |
| **Talbots 1095** **Accounts Payable** **1 Talbots Drive** **Hingham, MA 02043** | | J | | X | | X | 16.06 |
| Account No. | | | Acct Credit Balance | | | | |
| **Tangles Hair Studio** **5847 Forest Hills Rd** **Rockford, IL 61114** | | J | | X | | X | 9.00 |
| Account No. | | | Acct Credit Balance | | | | |
| **Tanya Richards** **506 E 9th St** **Kewanee, IL 61443** | | J | | X | | X | 19.50 |

Sheet no. __48__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

116.60

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **William B Duncan,**                                          Case No. _____
          **Francine Duncan**
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Acct Credit Balance | | | | |
| Technical Components Dev 210 W Stephanie Dr Cortland, IL 60112 | | J | | | X | | X | 23.04 |
| Account No. | | | | Acct Credit Balance | | | | |
| Teresa Vicars - CC 404 Milwaukee Road Clinton, WI 53525 | | J | | | X | | X | 27.30 |
| Account No. | | | | Acct Credit Balance | | | | |
| Terry Skroch 760 Springfield Roselle, IL 60172 | | J | | | X | | X | 8.88 |
| Account No. | | | | Acct Credit Balance | | | | |
| Terry Tague 816 Sunrise Lane Rockford, IL 61107 | | J | | | X | | X | 10.00 |
| Account No. | | | | Acct Credit Balance | | | | |
| Thomas P Stefaniak PO Box 1128 Calumet, IL 60409 | | J | | | X | | X | 23.40 |

Sheet no. __49__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

92.62

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **William B Duncan,**
    **Francine Duncan**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Acct Credit Balance | | | | |
| **Thorsen Consulting**<br>**6417 N Ravenswood Ave**<br>**Chicago, IL 60626** | | J | | X | | X | |
| | | | | | | | 16.20 |
| Account No. | | | Acct Credit Balance | | | | |
| **Todd Meyer**<br>**934 Elmwood Ave**<br>**Evanston, IL 60202** | | J | | X | | X | |
| | | | | | | | 7.38 |
| Account No. | | | Acct Credit Balance | | | | |
| **Tom and Joann Dunn**<br>**22 W 083 Hillcrest Ter**<br>**Medinah, IL 60157** | | J | | X | | X | |
| | | | | | | | 47.26 |
| Account No. | | | Acct Credit Balance | | | | |
| **Top Gun Auto Repair**<br>**17091 Wood Street**<br>**Hazel Crest, IL 60429** | | J | | X | | X | |
| | | | | | | | 24.75 |
| Account No. | | | Acct Credit Balance | | | | |
| **Tudor Gradea**<br>**104 Continental Driv**<br>**East Peoria, IL 61611** | | J | | X | | X | |
| | | | | | | | 11.42 |

Sheet no. __50__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

107.01

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **William B Duncan,**                                               Case No. _____
         **Francine Duncan**

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Acct Credit Balance | | | | |
| **Tyler Sprague** **706 Cedar Pt Court** **Bartonville, IL 61607** | | J | | X | | X | 110.48 |
| Account No. | | | Acct Credit Balance | | | | |
| **US Army Reserve** **7402 W Roosevelt Rd** **Forest Park, IL 60130** | | J | | X | | X | 15.70 |
| Account No. **xx xxxx xxxxxx xx4006** | | | Utility (Phone) | | | | |
| **Verizon** **PO Box 9688** **Mission Hills, CA 91346-9688** | | J | | | | | 234.22 |
| Account No. | | | Purchases on Account | | | | |
| **Verkler Truck** **2702 SW Jefferson Ave** **Peoria, IL 61605** | | J | | | | | 1,717.80 |
| Account No. | | | Acct Credit Balance | | | | |
| **Village of Mackinaw** **Accounts Payable** **PO Box 500** **Mackinaw, IL 61755** | | J | | X | | X | 8.06 |

Sheet no. __51__ of __53__ sheets attached to Schedule of                    Subtotal          2,086.26
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **William B Duncan,**                                                    Case No. _____
              **Francine Duncan**
                                                                        ,
                                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Acct Credit Balance | | | | |
| **Vinnie & Jenny Randle** **405 Independence Dr** **East Peoria, IL 61611** | | J | | | X | | X | |
| | | | | | | | | 22.39 |
| Account No. | | | | Acct Credit Balance | | | | |
| **W.R. Crafts** **6545 N Alpine Rd** **Loves Park, IL 61111** | | J | | | X | | X | |
| | | | | | | | | 22.50 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Walter L. Hardin** **1104 N Bourland Ave** **Peoria, IL 61606** | | J | | | X | | X | |
| | | | | | | | | 7.19 |
| Account No. xxx-xxxxxxx-x0701 | | | | Utility (Waste) | | | | |
| **Waste Management of IL** **1411 Opus Place** **Suite 400** **Downers Grove, IL 60515** | | J | | | | | | |
| | | | | | | | | 142.54 |
| Account No. xxx-xxxxxxx-x7667 | | | | Utility (Waste) | | | | |
| **Waste Management of WI** **W132 N10487 Corant Ave** **Germantown, WI 53022** | | J | | | | | | |
| | | | | | | | | 237.01 |

Sheet no. __52__ of __53__ sheets attached to Schedule of                    Subtotal               431.63
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **William B Duncan,**
**Francine Duncan**                                                    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Acct Credit Balance | | | | |
| **Wes-Tech** **720 Dartmouth Lane** **Buffalo Grove, IL 60089** | | J | | | X | | X | 124.42 |
| Account No. **xxxx-xxxxx-0900** | | | | Purchases on Account | | | | |
| **WEX - Wright Express** **Fleet Services** **PO Box 6293** **Carol Stream, IL 60197** | | J | | | | | | 7,239.75 |
| Account No. | | | | Acct Credit Balance | | | | |
| **William Johnson** **255 Detweiller Drive** **Peoria, IL 61615-2112** | | J | | | X | | X | 6.57 |
| Account No. | | | | Acct Credit Balance | | | | |
| **Yellow Key Cash Advance** **1567 Sibley** **Calumet City, IL 60409** | | J | | | X | | X | 40.11 |
| Account No. | | | | | | | | |

Sheet no. __53__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 7,410.85 |
| Total (Report on Summary of Schedules) | | 2,132,971.41 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re  **William B Duncan,**
     **Francine Duncan**

Case No. _____

_____,
                       Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re    **William B Duncan,**                                          Case No. _____
         **Francine Duncan**

Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Great Glacier, Inc.<br>2907 Sun Valley Ct<br>Plainfield, IL 60586 | |
| Great Glacier, Inc.<br>2907 Sun Valley Ct<br>Plainfield, IL 60586 | 1st Choice Staffing<br>75 Executive Dr, #101<br>Aurora, IL 60504 |
| Great Glacier, Inc.<br>2907 Sun Valley Ct<br>Plainfield, IL 60586 | A&B Auto Supply<br>707 W 4th St<br>Sterling, IL 61081 |
| Great Glacier, Inc.<br>2907 Sun Valley Ct<br>Plainfield, IL 60586 | A-2 Motors<br>1287 N Schuyler<br>Kankakee, IL 60901 |
| Great Glacier, Inc.<br>2907 Sun Valley Ct<br>Plainfield, IL 60586 | Addison Automatics Inc.<br>PO Box 318<br>Harmon, IL 61042 |
| Great Glacier, Inc.<br>2907 Sun Valley Ct<br>Plainfield, IL 60586 | Advantage Mortgage<br>405 N Main St<br>Crown Point, IN 46307 |
| Great Glacier, Inc.<br>2907 Sun Valley Ct<br>Plainfield, IL 60586 | Alice Aragones<br>152 N Catherine St<br>Joliet, IL 60435 |
| Great Glacier, Inc.<br>2907 Sun Valley Ct<br>Plainfield, IL 60586 | American Allied Railway<br>302 W Holland St<br>Washington, IL 61571 |
| Great Glacier, Inc.<br>2907 Sun Valley Ct<br>Plainfield, IL 60586 | American Circuit Services<br>801 Albion Ave, Suite B<br>Schaumburg, IL 60193 |
| Great Glacier, Inc.<br>2907 Sun Valley Ct<br>Plainfield, IL 60586 | Andrea Nelson<br>PO Box 362<br>Dunlap, IL 61525 |
| Great Glacier, Inc.<br>2907 Sun Valley Ct<br>Plainfield, IL 60586 | Angela Kiddell<br>720 State Route # 17<br>Sparland, IL 61565 |
| Great Glacier, Inc.<br>2907 Sun Valley Ct<br>Plainfield, IL 60586 | Ann Carbona<br>6413 Highline Rd<br>Crystal Lake, IL 60012 |

**4**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re    **William B Duncan,**                                           Case No. _____

            **Francine Duncan**

                                              Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Anything Automotive**<br>**1228 E River Rd**<br>**Dixon, IL 61021** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Arco Plumbing**<br>**206 N Cass**<br>**Westmont, IL 60559** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Armstrong Heating/Air Conditioning**<br>**1101 E Washington Street**<br>**East Peoria, IL 61611-2730** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Art Cabugason**<br>**1440 S Highland Ave**<br>**Lombard, IL 60148** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Bar Dee Boots**<br>**15224 Dixie Hwy**<br>**Harvey, IL 60426** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Becky Donahue**<br>**7414 N Oxford Pl**<br>**Peoria, IL 61614** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Becky Meyers**<br>**107 S Dayton**<br>**Durand, IL 61024** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Bennett Auto Rebuilders**<br>**2300 W 79th St**<br>**Chicago, IL 60680** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Bensfield & Bloom Associates**<br>**6912 W Cermak Rd**<br>**Berwyn, IL 60402** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Bill King's Used Cars**<br>**14396 Dearborn**<br>**South Elgin, IL 61080** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Blaine B Rice - CC**<br>**130 South Deerpath Road**<br>**Barrington, IL 60010** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Bo Rics Hair Care**<br>**6147 E State St**<br>**Rockford, IL 61107** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Bob Corbino**<br>**528 S Park Rd**<br>**Lombard, IL 60148** |

Sheet   **1**   of   **4**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **William B Duncan,**                                             Case No. _____
      **Francine Duncan**
_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Bryant Mungo**<br>**Accounts Payable**<br>**17725 Volbrecht Rd**<br>**Lansing, IL 60438** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Bryte Car**<br>**2943 Jewett Ave**<br>**Highland, IN 46322** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Butler Tech Group**<br>**7620 N University, 2nd Floor**<br>**Peoria, IL 61614** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **C.B. Melton**<br>**310 W Olive Street**<br>**Wyoming, IL 61491** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Calumet City School #155**<br>**560 Superior Street**<br>**Calumet City, IL 60409-4195** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Carol Roewer**<br>**7119 Sunset St**<br>**Crystal Lake, IL 60014** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Carol Thompson**<br>**6030 Ridgewood Circle**<br>**Downers Grove, IL 60516** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Carol Wisher**<br>**1008 E Ravine Ave**<br>**Peoria, IL 61603-3352** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Carolina Schmeilski**<br>**2509 W Camille St**<br>**Peoria, IL 61614** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Carrie Pittman**<br>**16725 Trapet**<br>**Hazel Crest, IL 60429** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Carrie Shaver - CC**<br>**617 Cushing St**<br>**Dixon, IL 61021** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Ceco**<br>**23420 N Frontage Rd**<br>**Channahon, IL 60410** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Cheryl Young**<br>**322 West Street**<br>**Maquon, IL 61548** |

Sheet __2__ of __4__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re      **William B Duncan,**                                                    Case No. _____

        **Francine Duncan**

_____,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Chris O'Brien**<br>**3823 North Spaulding**<br>**Chicago, IL 60618** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Christina Orozco**<br>**4169 Cherry Valley Rd**<br>**Cherry Valley, IL 61016** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Christine Papadoulis**<br>**1359 E Ash**<br>**Canton, IL 61520** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **City Hall - City Managers**<br>**419 Fulton Room 207**<br>**Peoria, IL 61602** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **City Hall of Des Plaines**<br>**1420 Miner Road**<br>**Des Plaines, IL 60016** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Clayton Ball**<br>**8761 Elevator Rd**<br>**Rosco, IL 61073** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Coffee Inn**<br>**PO Box 10459**<br>**Merrillville, IN 46411-0459** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Connie Chappell**<br>**124 W James Way**<br>**Cary, IL 60013** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Connie England**<br>**RR 1 Box 90A 302 W North**<br>**Waynsville, IL 61778** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Cookies by Design**<br>**361 Randy Road, Unit 101**<br>**Carol Stream, IL 60188** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Cottonwood Financial**<br>**1901 Gateway Drive, Suite 200**<br>**Irving, TX 75038** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Custom Compounding Service**<br>**840 Airport Dr**<br>**Rockford, IL 61109** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Dale Warren**<br>**2633 E Sante Fe Rd**<br>**Chillicothe, IL 61523** |

Sheet __3__ of __4__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re    **William B Duncan,**                                            Case No. _____

      **Francine Duncan**

                                           ,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **David Smith**<br>**PO Box 434**<br>**Williams Bay, WI 53191** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Deangelis Francis**<br>**1822 N 24th Ave**<br>**Melrose Park, IL 60161** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Dee's Catering**<br>**1517 Bourbon Parkway**<br>**Streamwood, IL 60107** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Delbert Belford**<br>**547 Schweer Ct**<br>**Bellevu, IL 61604** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Diane Housour**<br>**19011 Meander Way**<br>**Bloomington, IL 61704-4108** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Dick Swanson**<br>**26722 West Dolores Ct**<br>**Ingleside, IL 60041** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Doug Bertelsen**<br>**1622 Knox Highway 15**<br>**Dahinda, IL 61428** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Dr Kurt Savegnago**<br>**40 Laurel Drive**<br>**Canton, IL 61520** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Dr. Michael Sherman**<br>**765 Brickley Ct**<br>**Fontana, WI 53125** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **Durbin Chiropractic**<br>**501 N Morton Avenue**<br>**Morton, IL 61550** |
| **Great Glacier, Inc.**<br>**2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | **E.J. Wagner Accountants**<br>**804 1st Ave**<br>**Rock Falls, IL 61071** |

Sheet __4__ of __4__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **William B Duncan**
       **Francine Duncan**                                    Case No. _____

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Daughter** | AGE(S):<br>**11**<br>**6** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **bottled water distribution** | **unemployed** |
| Name of Employer | **Sun Valley, Inc.** | |
| How long employed | **3.5 years** | |
| Address of Employer | **2907 Sun Valley Ct**<br>**Plainfield, IL 60586** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **800.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **800.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | **0.00** | $ | **0.00** |
|     b. Insurance | $ | **0.00** | $ | **0.00** |
|     c. Union dues | $ | **0.00** | $ | **0.00** |
|     d. Other (Specify): _____ | $ | **0.00** | $ | **0.00** |
|     _____ | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **800.00** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance | | | | |
| (Specify): **unemployment** | $ | **1,869.00** | $ | **1,869.00** |
| _____ | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income | | | | |
| (Specify): _____ | $ | **0.00** | $ | **0.00** |
| _____ | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **1,869.00** | $ | **1,869.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **2,669.00** | $ | **1,869.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **4,538.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor is seeking a new job and Spouse is seeking freelance graphic design work.**

B6J (Official Form 6J) (12/07)

In re    **William B Duncan**
**Francine Duncan**                                                    Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,550.00 |
| a. Are real estate taxes included?    Yes **X**    No ___ | | |
| b. Is property insurance included?    Yes **X**    No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 164.00 |
| b. Water and sewer | $ | 55.00 |
| c. Telephone | $ | 100.00 |
| d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 20.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 30.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 40.00 |
| 8. Transportation (not including car payments) | $ | 120.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 114.00 |
| c. Health | $ | 1,102.00 |
| d. Auto | $ | 105.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 224.00 |
| b. Other  **Child Care** | $ | 15.00 |
| c. Other  **Tuition** | $ | 433.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)      $ __4,672.00__

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 4,538.00 |
| b.    Average monthly expenses from Line 18 above | $ | 4,672.00 |
| c.    Monthly net income (a. minus b.) | $ | -134.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **William B Duncan**
　　　　**Francine Duncan**

Debtor(s)

Case No. _____

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

　　　　I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **74** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 12, 2010**

Signature    **/s/ William B Duncan**
　　　　　　**William B Duncan**
　　　　　　Debtor

Date  **February 12, 2010**

Signature    **/s/ Francine Duncan**
　　　　　　**Francine Duncan**
　　　　　　Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re
**William B Duncan**
**Francine Duncan**
                                                                    Case No.
_____
                                    Debtor(s)          Chapter        **7**    _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $51,888.00 | **2008: Joint Dbt Great Glacier, Inc.** |
| $85,959.00 | **2007: Joint Dbt Great Glacier, Inc.** |
| $38,384.70 | **2009:  Great Glacier - H** |
| $38,284.70 | **2009:  Great Glacier - W** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **09 AR 2420 Citibank (South Dakota) N.A. v. Francine Duncan aka Francine Restivo-Duncan** | **Collection in arbitration** | **12th District Judicial Circuit, Will County, IL 57 N Ottawa Street, Room 117, Joliet, IL** | **Judgment entered December 14, 2009 in the amount of $12,432.12 plus costs of $286.00 against Francine Duncan** |
| **09 SC 9422 Chase Bank USA, N.A. v. Francine Duncan** | **Collection** | **12th District Judicial Circuit, Will County, IL 14 West Jefferson Street, Joliet, IL 60432** | **Judgment entered November 11, 2009 in the amount of $6,598.44 against Francine Duncan** |
| **Neenah Springs v. William Duncan and Francine Duncan** | **breach of contract/slander** | **Circuit Court of Cook County** | **settled by agreed order in November, 2009** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 5. Repossessions, foreclosures and returns

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Neenah Springs**<br>**506 Fanrich Street**<br>**Oxford, WI 53952** | **December 2009** | **Debtor returned various equipment, records and supplies to Neenah Spring pursuant to the termination of their agreement to purchase certain assets and accounts from Neenah.** |

#### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

#### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

#### 8. Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

**9.  Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Springer, Brown, Covey, Gaertner & Davis** | **11/25/09 - $500** | **$3500** |
| **400 S. County Farm Road** | **12/08/09 - $500** | |
| **Suite 330** | **12/28/09 - $2,500** | |
| **Wheaton, IL 60187** | | |

**10.  Other transfers**

None
■    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

**14.  Property held for another person**

None
☐          List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Daughter**<br>**same as Debtor** | **Custodial Savings Acct at Integra Bank in**<br>**Plainfield, Illinois w/ balance of $468.42** | **Debtor's Residence** |
| **son**<br>**same as debtors** | **Custodial account at Integra Bank having a**<br>**balance of $158.16** | **Debtor's Residence** |

**15.  Prior address of debtor**

None
■          If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■          If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California,
Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited
to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly
owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■          a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be
liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if
known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■          b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■          c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Great Glacier South, Inc.** | **83-0461906** | | **Distribution of bottled water** | **2 yeaers ending in October, 2009** |
| **Sun Valley Springs, Inc.** | **30-0046115** | **same as Debtor** | **distribution of bottled water** | **@ 5 years - still operating** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                            ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                            DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                            ADDRESS

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                           DATE ISSUED

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                            (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                           RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS            NATURE OF INTEREST            PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS            TITLE            NATURE AND PERCENTAGE
                                            OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                        ADDRESS                        DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS            TITLE            DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                          AMOUNT OF MONEY
OF RECIPIENT,              DATE AND PURPOSE              OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR     OF WITHDRAWAL                 VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                        TAXPAYER IDENTIFICATION NUMBER (EIN)

8

**25. Pension Funds.**

None

■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **February 12, 2010**                    Signature    **/s/ William B Duncan**
                                                            **William B Duncan**
                                                            Debtor

Date  **February 12, 2010**                    Signature    **/s/ Francine Duncan**
                                                            **Francine Duncan**
                                                            Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **William B Duncan**
**Francine Duncan**
_____
Debtor(s)

Case No. _____

Chapter  **7**  _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**Chase Bank** | **Describe Property Securing Debt:**<br>**2907 Sun Valley Ct, Plainfield, IL 60586-6654** |
|---|---|

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**Dovenmuehle Mortgage, Inc.** | **Describe Property Securing Debt:**<br>**2907 Sun Valley Ct, Plainfield, IL 60586-6654** |
|---|---|

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                                           Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Fifth Third Bank** | **Describe Property Securing Debt:**<br>**2003 Toyota Corolla** |

Property will be (check one):
&#9633; Surrendered                    &#9632; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9632; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9632; Claimed as Exempt                    &#9633; Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**State Farm** | **Describe Property Securing Debt:**<br>**2004 Chevy Cargo 350** |

Property will be (check one):
&#9633; Surrendered                    &#9632; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9632; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt                    &#9632; Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**State Farm** | **Describe Property Securing Debt:**<br>**2005 Ford Cargo 350** |

Property will be (check one):
&#9632; Surrendered                    &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt                    &#9632; Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**State Farm** | **Describe Property Securing Debt:**<br>**2002 Chevy Cargo 350** |

Property will be (check one):
&#9632; Surrendered            &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt            &#9632; Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>&#9633; YES            &#9633; NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**


Date  **February 12, 2010**            Signature   **/s/ William B Duncan**
                                                    **William B Duncan**
                                                    Debtor


Date  **February 12, 2010**            Signature   **/s/ Francine Duncan**
                                                    **Francine Duncan**
                                                    Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  **William B Duncan**
**Francine Duncan**

Case No.

Debtor(s)

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,500.00 |
| Prior to the filing of this statement I have received | $ | 3,500.00 |
| Balance Due | $ | 0.00 |

2. $ **299.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **February 12, 2010**

**/s/ David R. Brown**
**David R. Brown 3122323**
**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**
**630-510-0000  Fax: 630-510-0004**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Form B 201A, Notice to Consumer Debtor(s)                                                                                    Page 2

      Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

      Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

      After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

      Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

      Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

      A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **William B Duncan**
**Francine Duncan**
_____
Debtor(s)

Case No. _____
Chapter   **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**William B Duncan**
**Francine Duncan**
_____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X  **/s/ William B Duncan**       **February 12, 2010**
Signature of Debtor          Date

X  **/s/ Francine Duncan**       **February 12, 2010**
Signature of Joint Debtor (if any)    Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **William B Duncan**
     **Francine Duncan**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:        **344**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **February 12, 2010**

**/s/ William B Duncan**
**William B Duncan**
Signature of Debtor

Date:    **February 12, 2010**

**/s/ Francine Duncan**
**Francine Duncan**
Signature of Debtor

1st Choice Staffing
75 Executive Dr, #101
Aurora, IL 60504


A&B Auto Supply
707 W 4th St
Sterling, IL 61081


A-2 Motors
1287 N Schuyler
Kankakee, IL 60901


ABT Refrigeration
505 Nagel Court
West Chicago, IL 60185


Addison Automatics Inc.
PO Box 318
Harmon, IL 61042


Advantage Mortgage
405 N Main St
Crown Point, IN 46307


Alice Aragones
152 N Catherine St
Joliet, IL 60435


Allied Waste
PO Box 9001154
Louisville, KY 40290-1154


American Allied Railway
302 W Holland St
Washington, IL 61571


American Circuit Services
801 Albion Ave, Suite B
Schaumburg, IL 60193


Andrea Nelson
PO Box 362
Dunlap, IL 61525

Angela Kiddell
720 State Route # 17
Sparland, IL 61565


Ann Carbona
6413 Highline Rd
Crystal Lake, IL 60012


Anything Automotive
1228 E River Rd
Dixon, IL 61021


Arco Plumbing
206 N Cass
Westmont, IL 60559


Area Laboratory
PO Box 686
Joliet, IL 60434


Armstrong Heating/Air Conditioning
1101 E Washington Street
East Peoria, IL 61611-2730


Art Cabugason
1440 S Highland Ave
Lombard, IL 60148


AT & T
PO Box 8100
Aurora, IL 60507


AT & T Long Distance
PO Box 9001309
Louisville, KY 40290


Badger Graphics
1155 Wiburn Rd
Sun Prairie, WI 53590


Bank of America
PO Box 17054
Wilmington, DE 19884

Bank of America
Business Card
PO Box 15710
Wilmington, DE 19886-5710


Bar Dee Boots
15224 Dixie Hwy
Harvey, IL 60426


Becky Donahue
7414 N Oxford Pl
Peoria, IL 61614


Becky Meyers
107 S Dayton
Durand, IL 61024


Bennett Auto Rebuilders
2300 W 79th St
Chicago, IL 60680


Bensfield & Bloom Associates
6912 W Cermak Rd
Berwyn, IL 60402


BF Coffee
3535 Commercial Ave
Northbrook, IL 60062


Bill King's Used Cars
14396 Dearborn
South Elgin, IL 61080


Blaine B Rice - CC
130 South Deerpath Road
Barrington, IL 60010


Blatt Hasenmiller Leibsker & Moore
125 S. Wacker Dr., Suite 400
Chicago, IL 60606


Bo Rics Hair Care
6147 E State St
Rockford, IL 61107

Bob Corbino
528 S Park Rd
Lombard, IL 60148


Bryant Mungo
Accounts Payable
17725 Volbrecht Rd
Lansing, IL 60438


Bryte Car
2943 Jewett Ave
Highland, IN 46322


Butler Tech Group
7620 N University, 2nd Floor
Peoria, IL 61614


C-Beyond
320 Interstate North Parkway, SE
Atlanta, GA 30339


C.B. Melton
310 W Olive Street
Wyoming, IL 61491


Calumet City School #155
560 Superior Street
Calumet City, IL 60409-4195


Capital Management Services LP
726 Exchange Street
Suite 700
Buffalo, NY 14210


Capital One
PO Box 6492
Carol Stream, IL 60197


Carol Roewer
7119 Sunset St
Crystal Lake, IL 60014


Carol Thompson
6030 Ridgewood Circle
Downers Grove, IL 60516

Carol Wisher
1008 E Ravine Ave
Peoria, IL 61603-3352


Carolina Schmeilski
2509 W Camille St
Peoria, IL 61614


Carrie Pittman
16725 Trapet
Hazel Crest, IL 60429


Carrie Shaver - CC
617 Cushing St
Dixon, IL 61021


Ceco
23420 N Frontage Rd
Channahon, IL 60410


Century Springs
PO Box 275
Genesee Depot, WI 53127


Charter One Bank


Charter One Loan
PO Box 9799
Providence, RI 02948-9799


Chase Bank
800 Brooksedge Blvd
Columbus, OH 43081


Chase Bank
PO Box 15153
Wilmington, DE 19886-5153


Chase Bank
PO Box 15153
Wilmington, DE 19886

Chase Bank
PO Box 15153
Wilmington, DE 19886


Chase Bank
PO Box 15153
Wilmington, DE 19886


Chase Bank
PO Box 9001020
Louisville, KY 40290


Chase Bank
P.O. Box 15651
Wilmington, DE 19886-5651


Cheryl Young
322 West Street
Maquon, IL 61548


Chris O'Brien
3823 North Spaulding
Chicago, IL 60618


Christina Orozco
4169 Cherry Valley Rd
Cherry Valley, IL 61016


Christine Papadoulis
1359 E Ash
Canton, IL 61520


CitiCard Bank
Processing Center
Des Moines, IA 50363


City Hall - City Managers
419 Fulton Room 207
Peoria, IL 61602


City Hall of Des Plaines
1420 Miner Road
Des Plaines, IL 60016

Clayton Ball
8761 Elevator Rd
Rosco, IL 61073


Clovis & Roche, Inc
PO Box 1164
Metairie, LA 70004


Coffee Inn
PO Box 10459
Merrillville, IN 46411-0459


ComEd
PO Box 6111
Carol Stream, IL 60197


Connie Chappell
124 W James Way
Cary, IL 60013


Connie England
RR 1 Box 90A 302 W North
Waynsville, IL 61778


Cookies by Design
361 Randy Road, Unit 101
Carol Stream, IL 60188


Coolastic, Inc.
7502 West 84th Place
Bridgeview, IL 60457


Cottonwood Financial
1901 Gateway Drive, Suite 200
Irving, TX 75038


Crown Trucks
PO Box 641173
Cincinnati, OH 45264


Custom Compounding Service
840 Airport Dr
Rockford, IL 61109

Dale Warren
2633 E Sante Fe Rd
Chillicothe, IL 61523


David Smith
PO Box 434
Williams Bay, WI 53191


Deangelis Francis
1822 N 24th Ave
Melrose Park, IL 60161


Dee's Catering
1517 Bourbon Parkway
Streamwood, IL 60107


Delbert Belford
547 Schweer Ct
Bellevu, IL 61604


Dex
PO Box 660835
Dallas, TX 75266-0835


Diana VanZielgham
6339 Thicket ln
Cherry Valley, IL 61016


Diane Housour
19011 Meander Way
Bloomington, IL 61704-4108


Dick Swanson
26722 West Dolores Ct
Ingleside, IL 60041


Dick's Towing
911 N Broddway St
Joliet, IL 60435


Discover
PO Box 15316
Wilmington, DE 19850

Discover
PO Box 15316
Wilmington, DE 19850


Doug Bertelsen
1622 Knox Highway 15
Dahinda, IL 61428


Dovenmuehle Mortgage, Inc.
PO Box 0054
Palatine, IL 60055


Dr Kurt Savegnago
40 Laurel Drive
Canton, IL 61520


Dr. Michael Sherman
765 Brickley Ct
Fontana, WI 53125


Durbin Chiropractic
501 N Morton Avenue
Morton, IL 61550


E.J. Wagner Accountants
804 1st Ave
Rock Falls, IL 61071


Eash Stonework
4903 Business 20 West
Rockford, IL 61102


Ed Baugh
16101 Codo Drive
Lockport, IL 60441


Edgerton High School
200 Elm High Dr
Edgerton, WI 53534


Edward Jones
2030 Sutler Ave
Beloit, WI 53511

ENT Specialist Rockford
435 North Mulford Rd, #10
Rockford, IL 61107


Express Employment
PO Box 841634
Dallas, TX 75284


Fagor Arrasate
205 W Grand Ave, Suite 113
Bensonville, IL 60106


FedEx
PO Box 94515
Palatine, IL 60094


Ferrellgas
PO Box 88086
Chicago, IL 60680


Fifth Third Bank
PO Box 630778
Cincinnati, OH 45263


Finder Keepers Consignment
5901 N Prospect
Junction City, IL 61614


First Nat'l Bank Joliet
78 N Chicago
Joliet, IL 60431


First Student
501 S. McKinley Street
Havana, IL 62644


Fisher Sales Corp
3805 Illinois Avenue
St Charles, IL 60174


Frank & Linda Sturdivant
119 Rice Ave
Bellwood, IL 60104

Frank & Sherri Bernard
311 Waterbury Circle
Oswego, IL 60543


Frank's Family Barber
4118 Roosevelt
Chicago, IL 60624


Fred Lewis
3N414 Rohlwing Rd
Addison, IL 60101


Gary & Margie Karl
4208 S Wheatfield Rd
Mapleton, IL 61547


Gary Babcock
14824 N Prichard Rd
Lewistown, IL 61542


Gayle Roach
20 Hollyhock Drive
Riverton, IL 62561


Geller & Kraus
18220 Harwood
Homewood, IL 60430


Gene & Marianne King
422 Virgie Pl
West Chicago, IL 60185


George Ballantine
19648 S Schoolhouse Rd
New Lenox, IL 60451


Gerald Haas
5N973 Kingswood Dr
St Charles, IL 60175


Glen & Sharon Rauh
659 Santa Fe Trail
Metamora, IL 61548

Golden Security Ins Agency
1011 S State St, Suite 240
Lemont, IL 60439


Gordon Lucas
727 Highview Avenue
Rockford, IL 61107


Graphic Dynamite
8248 S Cottege Grove Ave
Chicago, IL 60619


Graphics Dynamite
561 Cambridge Way
Bolingbrook, IL 60440


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586

```
Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586
```

Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586

```
Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586
```

```
Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586
```

Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586


Great Glacier, Inc.
2907 Sun Valley Ct
Plainfield, IL 60586

Greg & Barb Cerulo
9804 Townsend Dr
Peoria, IL 61615


H & R Block
405 Hillcrest Drive
Washburn, IL 61570


Headquarters Inc
Accounts Payable
PO Box 227
Fontana, WI 53125


Heartland Dental Care
1200 Network Centre Dr, Suite 2
Effingham, IL 62401


Heartland Hospice
6885 Vista Green Way
Rockford, IL 61107


Heather Miller - CC
4552 Harrison Street
Yorkville, IL 60560


Help at Home Inc
15028 S Cicero, Unit 1
Oak Forest, IL 60452


Herlindo Jimenez
9240 Foliage Lane
Munster, IN 46321


High Lift
1239 Shappert Dr
Machesney Park, IL 61115


Hupe Hardware
PO Box 837
Peotone, IL 60468


I.C. System, Inc.
444 Highway 96 East
PO Box 64887
Saint Paul, MN 55127-2557

Inccrra
Accts Payable
207 W Jefferson, Suite 503
Bloomington, IL 61701

International Business Develop.
PO Box 922345
Norcross, GA 30010

James Berei
5900 Page Pl
Rockford, IL 61101

James Severson
6394 Cunningham Rd
Rockford, IL 61112

Jamie Englert
108 Thrush
Pekin, IL 61554

Janice Nordsiek
413 S Nebraska
Morton, IL 61550

Jay Delay
804 Young St
Marseilles, IL 61341

Jeff Rio
309 Linden Street
Glen Ellyn, IL 60137

Jennetta Irwin
604 - 3rd Avenue
Rock Falls, IL 61071

Jeremy Jensen
413 E Wall St
Janesville, WI 53545

Jeremy Kiesewetter
600 Marcia St
Henry, IL 61537

Jim & Susan Patikowski
28337 Logan Street
Rock Falls, IL 61071


Joe Taylor
5651 N Hamilton
Peoria, IL 61614


Joe's Towing
2233 Springfield Rd
Bloomington, IL 61701


Joel Ingles
10316 N Churchill
Peoria, IL 61615


John & Shelly Shallet
612 Mayfair
Germantown, IL 61548


John Dooley Insurance
2405 N University
Peoria, IL 61613


Joy Drysdale
5871 Denbury Lane
Loves Park, IL 61111


JP Morgan Chase Bank NA
120 S. LaSalle St.
c/o Michael D. Fine, legal
Chicago, IL 60603


Judy Riker
3027 Wedgewood Dr
DeKalb, IL 60115


Karen Boone
201 Hazel
Chillicothe, IL 61523


Karen Grisanzio
1069 Anee Dr
Rockford, IL 61108

Karen Mayhugh
15376 Old Route 36
Springfield, IL 62701


Kauth Mayeur
1013 N Orange St
Peoria, IL 61606


Keith Ellefson
1800 Teresa St
Rock Falls, IL 61071


Kellog Company
Dunning Department
PO Box 1988
Battle Creek, MI 49016-1988


Kim Assink
6025 W 130th Place
Palos Heights, IL 60463


Klassic Cleaners
4356 W Touhy Ave
Lincolnwood, IL 60646


Laura Doetsch
11726 Davey Dr
Huntley, IL 60142


Liberty Physical Therapy
2738 W North Ave
Chicago, IL 60647


Louis Williams
1819 170th St, Suite A
Hazel Crest, IL 60429


Lucinda Rempala
3601 W Warwick
Peoria, IL 61615


Maggie Barile
1415 New Castle Lane
Bartlett, IL 60103

Maple Lawn Homes
700 N Main Street
Eureka, IL 61530


Marengo Vision
205 N State St
Marengo, IL 60152


Mathis Kelly Construction
8623 N University
Peoria, IL 61615


Maurer-McGillem Eng., Inc.
7615 N Harker Dr
Peoria, IL 61615


MCC/Design
181 Ontario St
Frankfort, IL 60423


Melinda Lange
104 Barbara St
East Peoria, IL 61611


Metal Processing Supply
PO Box 523
Franklin Park, IL 60131


Michael Best & Friedrich
180 North Stetson Avenue
Chicago, IL 60601-6807


Michael Vaughn
508 Pearl St
Ottawa, IL 61350


Midcor Supply
PO Box 16017
Loves Park, IL 61132


Mike Johnson
603 Locust Street
Henry, IL 61537

Mindy Starr
902 3rd Avenue
Sterling, IL 61081


Neal Mason
PO Box 85
Maquon, IL 61458


Neenah Springs
506 Fanrich Street
Oxford, WI 53952


NES - National Enterprise System
29125 Solon Road
Solon, OH 44139-3442


Niechajczyk Karina
2N252 Diane Avenue
Glen Ellyn, IL 60137


Norma Mefford
605 Washington St
Pekin, IL 61554


Northmoor Elementary School
1819 Northmoor
Peoria, IL 61614


OSI Buffalo Grove
2520 S 170th St
New Berlin, WI 53151


Paige Schlicksup
5625 W Club Rd
Dunlap, IL 61525


Pam Arnold
661 Hampton Course
West Chicago, IL 60185


Pam Cansino
2519 West Lincoln Ave
Peoria, IL 61605

Pamela Payne
319 Dundee
East Peoria, IL 61611


Paper Recovery
7972 Crest Hills Drive
Loves Park, IL 61111


Paper Recovery Service #2
7972 Crest Hills Drive
Loves Park, IL 61111


Pasquel Co
Retail Only
1416-18 SW Adams St
Peoria, IL 61602


Patricia Brewer
218 Zuelke Dr
Bellwood, IL 60104


Patricia Shell
3001 S Michigan, Apt 302
Chicago, IL 60616


Patrick & Mary Shea
3105 E 5th Rd
LaSalle, IL 61301


Patrick Longtin
7849 N 5000 E Road
Manteno, IL 60950


Paul & Cheryl Huhtelin
12306 Derby Ln
Orland Park, IL 60467


Pauline Walling
1014 Mulberry
Ottawa, IL 61350


Pearl & Associates LTD
1200 E Glen Avenue
Peoria Heights, IL 61616-5348

Peggy Ono
129 W Autumn Lane
East Peoria, IL 61611

Pekin Waste Water
1208 Koch St
Pekin, IL 61555

Peoria Flag & Decorating
920 E Glen Ave
Peoria Heights, IL 61616

Perry's Truck
2221 Maple Road
Joliet, IL 60432

Peter & Beth Standish
26 W 173 Grand Ave
Wheaton, IL 60187

Peter Frederick
522 Julien St
Belvidere, IL 61008

Philip Hameister
659 Naoma Drive
Crete, IL 60417

Plaid Academy
11156 S Hoyne
Chicago, IL 60643

Prarie State Bank
Accts Payable - Bloomington
PO Box 260
Mt Zion, IL 62549

Progressive Step Rehabilitation
824 B East Geneva St
Delavan, WI 53115

Punisha Zizich
459 Grand Ave
Lake Zurich, IL 60047

R & M Industries
38 Interstate Rd +40
Addison, IL 60101


Rachel Perkins
PO Box 91
Trivoli, IL 61569


Ram Systems
224 Causeway Blvd
LaCrosse, WI 54603


RC Auto
3491 Merchandise Dr
Rockford, IL 61109


RCI Enterprises Inc.
515 Tollgate Road, Suite E
Elgin, IL 60123


Real Estate Services
1 Auto Club Dr
Dearborn, MI 48126


ReMax
2205 Point Blvd, Suite 100
Elgin, IL 60123


Rhonda Knoup
598 Pembroke Dr
Pecatonica, IL 61063


Richard F Zuehlke & Sons
109 N Scott St
Coloma, WI 54930


Robert McKinnell
505 N Lincoln Street
Elkhorn, WI 53121


Robert Volk
16516 Lakeview
Chillicothe, IL 61523

Rockdale Automotive
22 Graham Dr
Rockdale, IL 60436


Rod Perkins
701 S 9th Street
Pekin, IL 61554


Rod Wickert
4753 West Pendleton Place
Peoria, IL 61615


Ron & Dianne Pullman
22844 Anna Drive
Channahon, IL 60410


Rose White
2625 W Reservoir, Apt #420
Peoria, IL 61615


Rosemarie Petty
4606 N Koerner Rd
Peoria, IL 61615


Ruby Stonecipher
703 Leslie
Rockford, IL 61101


Ryder Truck Rental & Leas
8619 N Industrial Rd
Peoria, IL 61615


Sally Morris
565 Jacqulyn Lane
Lake Forest, IL 60045


Scheffler Custom Woodwork
925 Depot Ave
Dixon, IL 61021


Scheurell Mortgage
1232 A Phoenix St
PO Box 489
Delavan, WI 53115

Schmidt Agency Inc
9965 W 151st St
Orland Park, IL 60462


Sedona Staffing
8158 W Lincoln Highway
Frankfort, IL 60423


Serota & Associates
PO Box 1008
Arlington Heights, IL 60006


Shane Heth-Express Mortgage
620 Main
Edgerton, WI 53534


Sharon Klint
2525 Hickory Ave
Rockford, IL 61107


Sheet Metal Connectors
5850 Main Street NE
Minneapolis, MN 55432


Sinow & Weinman, Inc.
PO Box 574
Dixon, IL 61021-0574


Something Special
206 E Myrtle
Elizabeth, IL 61028


Sonderhoff USA Corp.
880 Church Road
Elgin, IL 60123


St Charles Screw Products
404 E Park
Harvard, IL 60033


St. Joseph High School
10900 W Cermack Road
Westchester, IL 60154

State Farm
9109 W Ogden
Brookfield, IL 60513


State Farm
PO Box 3299
Milwaukee, WI 53201


State Farm
PO BOx 3599
Milwaukee, WI 53201


State Farm
PO Box 3299
Milwaukee, WI 53201


Steve Lydon
127 E York St
West Chicago, IL 60185


Storaway Solutions
684 County Line Rd
Bensonville, IL 60106


Stowe Auto Body
16501 Broadway St
Lockport, IL 60441


Studio 54
117 1/2 N Main Street
Janesville, WI 53545


Susan Rettig
246 E Eller Drive
East Peoria, IL 61611


Talbots 1095
Accounts Payable
1 Talbots Drive
Hingham, MA 02043


Tangles Hair Studio
5847 Forest Hills Rd
Rockford, IL 61114

Tanya Richards
506 E 9th St
Kewanee, IL 61443


Technical Components Dev
210 W Stephanie Dr
Cortland, IL 60112


Teresa Vicars - CC
404 Milwaukee Road
Clinton, WI 53525


Terry Skroch
760 Springfield
Roselle, IL 60172


Terry Tague
816 Sunrise Lane
Rockford, IL 61107


Thomas P Stefaniak
PO Box 1128
Calumet, IL 60409


Thorsen Consulting
6417 N Ravenswood Ave
Chicago, IL 60626


Todd Meyer
934 Elmwood Ave
Evanston, IL 60202


Tom and Joann Dunn
22 W 083 Hillcrest Ter
Medinah, IL 60157


Top Gun Auto Repair
17091 Wood Street
Hazel Crest, IL 60429


Tudor Gradea
104 Continental Driv
East Peoria, IL 61611

Tyler Sprague
706 Cedar Pt Court
Bartonville, IL 61607


US Army Reserve
7402 W Roosevelt Rd
Forest Park, IL 60130


Verizon
PO Box 9688
Mission Hills, CA 91346-9688


Verkler Truck
2702 SW Jefferson Ave
Peoria, IL 61605


Village of Mackinaw
Accounts Payable
PO Box 500
Mackinaw, IL 61755


Vinnie & Jenny Randle
405 Independence Dr
East Peoria, IL 61611


W.R. Crafts
6545 N Alpine Rd
Loves Park, IL 61111


Walter L. Hardin
1104 N Bourland Ave
Peoria, IL 61606


Waste Management of IL
1411 Opus Place
Suite 400
Downers Grove, IL 60515


Waste Management of WI
W132 N10487 Corant Ave
Germantown, WI 53022


Wes-Tech
720 Dartmouth Lane
Buffalo Grove, IL 60089

```
WEX - Wright Express
Fleet Services
PO Box 6293
Carol Stream, IL 60197


William Johnson
255 Detweiller Drive
Peoria, IL 61615-2112


Yellow Key Cash Advance
1567 Sibley
Calumet City, IL 60409
```